MY SUBREDDITS POPULAR - ALL - RANDOM   |   ASKREDDIT - TODAYILEARNED - WORLDNEWS - FUNNY - PICS - NEWS - GIFS - VIDEOS - MOVIES - AWW - GAMING - SHOWERTHOUGHTS - MILDLYINTERESTING - JOKES - SPORTS - IAMA - OLDSCHOOLCOOL - TELE   MORE »



REcoin   comments

Want to join? Log in or sign up in seconds.  |  English

2

### [ANN] [Pre - ICO] REcoin - the first cryptocurrency backed by real estate (self.REcoin)

submitted 1 day ago * by 101REcoin

**ICO started on Aug 07 2017 ends Oct 09 2017**

1. First 10 000 000 REC - sales 15 %, 1 REC = 0,85 $.
2. Next 15 000 000 REC - sales 12 %, 1 REC = 0,88$.
3. Next 20 000 000 REC - sales 9 %, 1 REC = 0,91$.
4. Next 25 000 000 REC - sales 6 %, 1 REC = 0,94$.
5. Next 30 000 000 REC - sales 3 %, 1 REC = 0,97$.

**REcoin provides both investors and the average person a safer, more secure and superior alternative to storing their wealth in the form of digital currency.**

REcoin is a new cryptocurrency alternative designed to accommodate a wide range of financial transactions and investment goals. Its security is ensured through the use of one of the soundest and most reliable currency backings there is: real estate. Many of those who are looking to invest their earnings face the dilemma of putting their savings into low interest rate bank accounts or lacking other investment alternatives due to a lack of liquidity. The world's widely used fiat currencies are backed by no real commodities. REcoin is backed by real estate in countries with a developed and stable economy such as the United States, Canada, the U.K. and Switzerland.

**How Does REcoin Work?**

ReCoin users purchase the REcoin currency as an alternative to storing their savings bank accounts or other options, converting their money into a more stable and secure investment. The value of the currency can grow at least two ways: through the steady increasing value of the real estate investments that ReCoin is used to purchase, and a higher ReCoin value when the demand for REcoin rises. The management of the REcoin supply and its security is guaranteed through the latest blockchain cryptocurrency technology. REcoin offers its users an easy and intuitive buying and selling process, and furthermore it is designed to be easily used as a currency alternative for a full range real estate transactions and services.

**The Unique Advantages of REcoin.**

search

this post was submitted on 12 Jul 2017

**2** points (100% upvoted)

shortlink: https://redd.it/6mtnpb

[ ] remember me   reset password   login

**Submit a new link**

**Submit a new text post**

### REcoin

subscribe   6 readers

4 users here now

created by Daniel_West    a community for 1 day

MODERATORS                    message the moderators

Daniel_West
101REcoin

about moderation team »

< >   discussions in r/REcoin   X

ReCoin offers numerous distinct advantages compared to other currencies and real estate purchasing methods.

• ReCoin simplifies and speeds up real estate transactions and allows independence from several traditional third-parties involved in real estate transactions.

• ReCoin lowers the cost of real estate transactions by limiting third-parties and increasing their speed, allowing for greater profitability for brokers, agents, and lower prices for buyers.

• ReCoin offers a new international real estate marketplace and facilitates connections for investors, brokers, and real estate sellers.

**REcoin's Guarantees.**

ReCoin offers several guarantees to its users to protect their investment:

• ReCoin's activities are in full compliance and governed by United States law.

• 100% of our proceeds from ReCoin sales minus maintenance costs are invested into real estate.

• In worst-case scenarios, The ReCoin Trust guarantees a liquidity ratio of up to 70% of the currency's market value. Compare this to the Federal Reserve requirement for liquidity ratios for financial institutions, which is set at a maximum of 10%.

• The ReCoin Purse is secured by the latest cryptocurrency tools and designed to be user-friendly and convenient.

• New technical and economic solutions will be developed for the benefit of ReCoin users.

**Smart Contracts.**

As one of its most important features, ReCoin implements Smart Contracts which are implemented from Ethereum, the most widely used secure smart-contract platform. Smart contracts are algorithms that facilitate, automate, verify or enforce financial contracts. They are designed to reduce the traditional costs and time associated with developing and enforcing contracts through the use of automatically enforced contractual conditions. In the world of real estate, smart contracts can be used to ensure that payment terms, service fees or liens are paid for once the contract is executed. Smart contracts allow for cryptocurrencies like ReCoin to be safely used as working capital for real estate transactions.

**Why Should You Use ReCoin?**

• Preserve your wealth by converting it from unstable and uncertain currency into a cryptocurrency solely used for stable and secure real estate investments.

• A safer, easier and faster way for real estate buyers and sellers throughout the world to find investments, close real estate deals and securely pay for their transactions.

• Use ReCoin for less expensive and more efficient real estate transactions and services with limited third-party involvement and a lower overall cost.

• Use ReCoin to invest in the most widely known and trusted global charities.

1 comment   share

all 1 comments

sorted by: **best**

[–] **vikkyzenna** 1 point 11 hours ago*

OK. The question is, is it profitable to invest in ReCoin, if I have never contacted real estate, and if I do not live in the States?

**permalink**   **embed**

| about | help | apps & tools | <3 |
|---|---|---|---|
| blog | site rules | Reddit for iPhone | **reddit gold** |
| about | FAQ | Reddit for Android | redditgifts |
| source code | wiki | mobile website | |
| advertise | reddiquette | buttons | |
| careers | mod guidelines | | |
| | contact us | | |

Use of this site constitutes acceptance of our User Agreement and Privacy Policy. © 2017 reddit inc. All rights reserved.
REDDIT and the ALIEN Logo are registered trademarks of reddit inc.

π