

COMPANY PROFILE

Real Estate Coin
RE
Leadership of Tomorrow

Real Estate Coin
leadership of tomorrow



PENGAD 800-631-6989

EXHIBIT

8

1/31/17   TFC



65

# About REcoin

REcoin is hedged by secure real estate investments in the world's most advanced economies. It will allow investors from all over the world to convert their currency and savings into stable inflation-proof token. REcoin is founded by humanitarian and entrepreneur Maksim Zaslavskiy, who financed all activities pertinent to creation of REcoin out of his own pocket.



01



# Executive summary

**REcoin provides both investors and the general public a more superior
alternative to storing their wealth in low-interest bank accounts.**



REcoin is designed to accommodate a broad range of financial transactions and storing value. Its
security is ensured through the use of one of the soundest and most reliable currency backings
there is - real estate.

02



# The currency problem

There have been no real assets backing the world's major state-issued currencies since 1971 when the United States effectively ended the gold standard.

Since that time, none of the major currencies in the world has had a commodity backing it other than a government decree and the faith of the public in that currency's purchasing power.



"*Many economists see this as a fundamental flaw of the world's major currencies, making them susceptible to a continuously declining value and potential collapse...*"



# The solution: REcoin

REcoin is hedged by real estate investments in countries with developed and stable economy such as the United States, Canada, the U.K., Switzerland, Japan.

REcoin is powered by blockchain technology offering stability and a superior alternative to storing savings in the form of a primary currency.

Cryptocurrencies such as REcoin are digital currencies, which use cryptography for their security. They are difficult to counterfeit as a result. They are not susceptible to government or central bank manipulation.

Confidence in cryptocurrencies and their popularity has grown tremendously in the past decade since Bitcoin was first launched in 2009.



04



# How does REcoin work?

High liquidity is an important advantage of
REcoin. There are four ways of taking that
advantage:
  by doing business on token exchanges and
  with REcoin-friendly e-commerce
  organizations;
  by using smart contracts for real estate
  transactions calculated in REcoin;
  by becoming active in the REcoin
  ecosystem and creating REcoin sidechains;
  by exchanging tokens for Trust assets,
  whose stable earning potential is based on
  investing in the propitious real estate in
  developed countries. Those investments
  are supported with 83% of the annual
  emission of tokens and through reinvesting
  of 100% of the Trust's net profit.

The management of the REcoin supply and
its security is guaranteed by the membership
club "REcoin Group Foundation". REcoin
offers its users an easy and intuitive buying
and selling process, and furthermore, it is
designed to be easily used as a currency
alternative for a full range real estate
transactions and services.



05

## Who will use REcoin?

REcoin holders are not just users; they are also investors. REcoin offers a different mode of payment for online real estate transactions. The most common REcoin users are defined below:

- Anyone in the world can purchase REcoin to convert their country's currency into stable, real estate hedged token.

- Tenants/buyers and sellers of real estate will be able to use REcoin for their real estate acquisitions and rental agreement payments.

- Licensed brokers will be able to rely on REcoin as an alternative financing method and incorporate it into their daily practices and agreements.

- Service providers such as lawyers, developers, architectural firms and other services related to the real estate industry will be able to use REcoin to purchase or sell their services.

71

# The unique advantages of REcoin

REcoin offers numerous distinct advantages compared to other currencies and real estate purchasing methods.

The unique feature of REcoin is the creation of templates for smart contracts in real estate. REcoin smart contracts is an online legal instrument that helps customers rent or purchase commercial and residential property avoiding the need for legal counsel altogether.

- REcoin simplifies and expedites real estate transactions without involving third parties.

- REcoin offers the safe financial transactions in real estate via the built-in code for smart contracts escrow.

- REcoin offers a new international real estate marketplace and facilitates connections for investors, brokers, and real estate sellers.



# THE RECOIN TRUST

With the purpose of decentralization of the REcoin ecosystem to the benefit of all REcoin community members, the REcoin Trust is created. The Trust's goal is going to be holding and hedging all real estate assets acquired/invested in by the REcoin community members using the REcoin ecosystem and the cyber currency REcoin as a legal tender of a transaction. The REcoin Trust is designed to ensure that all investment activities will be in the interest of REcoin holders and centered around real estate.

The Trust is led by an experienced team of brokers, attorneys, and developers and invests its proceeds into global real estate based on the soundest strategies, including:

- Investing into properties in the world's leading economies will allow devising a diverse investment portfolio generating a stable income.

- All investment income is reinvested into real estate raising the level of REcoin's security, while no individual or organization receives dividends from the Trust's activities

- Using active investment strategies such as investing in real estate with a stable income potential, short sales, foreclosures and real estate development projects will stimulate the growth of the Trust's assets.





# REcoin Group Foundation

To promote and support the REcoin membership tokens, and to present the REcoin token holders with unique possibilities, the REcoin Group Foundation membership club is created.

09



# REcoin Group Foundation goals

REcoin Group Foundation goals are:

- to support REcoin and the REcoin community around the world;

- to indefinitely prolong the lifespan and development of epy REcoin token to increase its liquidity, visibility, enhance its credibility worldwide;

- to inform and consult members of the REcoin community;

- to propagate REcoin as a new blockchain based proprietary instrument for a variety of financial transactions, database and listings creation.



# REcoin Group Foundation goals

REcoin Group Foundation reserves the right to carry out all necessary actions with the aim of creating and developing the image of the REcoin token, supporting its reputation, increasing the number of members. Such actions include:

- Creation of educational programs and advisory bodies to inform the public advocating for the image, and supporting the reputation of REcoin;

- Studying and evaluating partnership proposals (participation in the REcoin ecosystem);

- Prequalifying and auditing applications for the creation of REcoin sidechains;

- Development of technological solutions improving the REcoin software as well as further enhancement of security of the blockchain;

- Development of new templates for smart contracts, databases, listings, and the expansion of their use;

- Involvement in all charitable, legal, social, and socio-economical aspects of the REcoin community life;



# REcoin Group Foundation membership

The membership rules, conditions, regulations, and the bylaws of the REcoin Group Foundation membership club are going to be detailed and codified as a separate document.





# REcoin Group Foundation financing and expenses

The REcoin Group Foundation is financed by 1% of the transaction commission, which REcoin holders assign voluntarily for the inclusion of the operations initiated by them into blocks on the REcoin blockchain. The funds mentioned above are used to pay the REcoin Group Foundation expenses related to its activities, including office maintenance, employee salaries, legal representation, marketing expenses, and IT infrastructure.





# REcoin guarantees

REcoin offers several guarantees to its users:

- REcoin's activities are based on the legal principals of the United States law.

- 100% of proceeds from REcoin sales minus maintenance costs are invested into real estate.

- In worst-case scenarios, REcoin Trust will offer an exchange of up to 70% of the REcoin token market value for the Trust's assets of comparable value as an alternative to the current liquidity.

The latest user-friendly digital token software conveniently secures the REcoin Wallet.

New technical and economic solutions will be developed for the benefit of REcoin users.



# Mining

The process of REcoin mining is set up so that it remains attractive for miners while ensuring the REcoin platform's earning potential for the entire community.

The miners' compensation for block completion is comprised of a share in the annual token emission (15%) and a transaction commission included in the block (92.5%, which is almost the entire sum of the transaction commission).

- In total, 100 billion REC will be issued during mining, limiting the process to 30 years. The miners' share will be 15 billion REC.

- The issue of coins for the first year will be close to 9.5% of the planned emission for 30 years, i.e. in the first year, miners will earn almost 1.5 billion REC. Then the issue of coins and the payment for mining will gradually decrease year by year: every year the reward for the block will be 1.1 times less. The figure, 1.1, is confined to the most modest projections for the REC/fiat currencies rate growth. Thus, the decrease of the mining reward will be insignificant in dollar (or other) equivalent.

- For miners, the cost of closing one block at a frequency of 1 block in 21s for the first year is 963 REC, i.e. almost $1000 at the presale rate; Ethereum today boasts the same formula. In the future, this equivalent is predicted to only grow.   The cost of closing one block depends on the protocol supported by Ethereum and the block completion frequency. The determining factor is the total amount of REcoin tokens issued annually, which is embedded in the REcoin code.





# Mining

The number of new tokens created by the system at the time of the block completion is embedded in the code and is not subject to change for a year. The specific value of this quantity is the ratio of the total amount of tokens intended for emission in the current year to the total number of blocks. The total number of blocks, in turn, is determined by the frequency of their creation, prescribed in the Etherium supported protocol.

It is assumed, however, that as a result of REcoin's significant increase in popularity and its inherent convenience as an alternative financial instrument, by the end of the 30-year emission period the share of emitted coins in the calculation of the mining fee will be less than the voluntary transaction commission or close to 50REC. This will determine the stability of the system after the termination of the emission.



# REcoin smart contracts



As one of its most important features, REcoin utilizes smart contracts which are implemented from Ethereum, the most widely used public smart-contract platform.

Smart contracts are algorithms that facilitate, automate, verify or enforce financial contracts.
They are designed to reduce the traditional costs and time associated with developing and
enforcing contracts through the use of automatically enforced contractual conditions.

In the world of real estate, smart contracts can be used to ensure that payment terms, service fees or liens are paid for once the contract is executed. Smart contracts allow for crypto currencies like REcoin to be safely used as working capital for real estate transactions.

The ability to create smart contracts in real estate is a distinctive feature of REcoin. Our software developers and legal specialists have managed to create a unique to REcoin set of smart contract templates embedded directly in the core code of the REcoin platform. This is especially useful in such legal issues heavy environment as real estate where constantly changing rules and regulations leave very little room for error. The REcoin smart contract is an online legal instrument that helps customers rent or purchase commercial and residential property without the need for legal counsel.



# REcoin sidechains

The availability of REcoin sidechains will allow for the token to be creatively utilized by entrepreneurs and developers as an investment tool for the benefit of society. With approval, investors or developers can use sidechains to create their tokens within the REcoin platform.

It allows REcoin to be moved onto another platform for experimentation with the new token rules, for the creation of smart contracts, customized transaction visibility, or other innovative business projects.

Because they exist as a subset of the REcoin ecosystem, sidechain assets are interdependent with REcoin's valuation and liquidity. A commission will be created that will only select and approve REcoin sidechains for carefully planned business projects.





## Why should you use REcoin?

- Smart contracts is a truly revolutionary feature. It helps customers acquire real-estate property without the need to retain an attorney and pay high legal fees.

- A safer, easier, and faster way for real estate buyers and sellers throughout the world to find investments, close real estate deals and securely pay for their transactions.

- Use REcoin for less expensive and more efficient real estate transactions and services with limited third-party involvement and a lower overall cost.

- Use REcoin to get involved with the best known and the most trusted global charities.





# Charitable donations

Charitability and social consciousness are the REcoin's most important traits. Up to 70% of the profit from REcoin is dedicated to a range of different charities and is written into the program code to ensure that the token always distributes a portion of its earnings to the most important charities in the world.

**Charities that will be supported by REcoin include:**

- *Live Love Laugh Global* – an international non-profit organization dedicated to helping people who are living beneath the poverty line with medical care and schooling.

- *Homes for Our Troops* – a non-profit that builds and donates custom homes for severely injured 9/11 veterans to help them rebuild their lives.

- *Red Cross* – alleviating human suffering in the face of natural disasters and other emergencies. Save the Children Foundation – giving boys and girls in the United States and around the world a healthy start and protection from harm.

- *Rotary* – transforming donations into services that benefit communities throughout the world, with $3 billion being raised over the past 100 years.

- *Global Fund for Women* – a champion for women's rights throughout the world.



## Additional supported charities



- *World Vision* – the world's largest international children's charity dedicated to bringing hope to millions of children.
- *Doctors Without Borders* – providing quality medical care to people in war torn countries, impoverished countries, areas that have been hit by natural disasters and others.
- *Friends of Animals* – an international animal advocacy working to cultivate respect for nonhuman animals, domestic and wild.



# New cryptocurrency REcoin

## REcoin tokens will Be hedged by Intelligent Real Estate Investments

REcoin is founded by Maksim Zaslavskiy hedged by real estate investments in developed economies such as the United States, U.K., Switzerland, Canada, and Japan.

REcoin will be an easily accessible financial instrument through which people from all over the world can convert their holdings into a real estate hedged digital token for the potential of high returns or protect their capital from inflation.

The REcoin ecosystem will also function as a secure and efficient alternative to traditional exchange methods.





# New cryptocurrency REcoin

## REcoin tokens will Be hedged by Intelligent Real Estate Investments

REcoin sidechains can be used to create auto-executing smart contracts, secure and fast alternative financing methods, and other business projects intended to improve the traditional real estate business and society as a whole.

Support and promotion of the REcoin membership tokens are part of the REcoin Group Foundation membership club mission. The token holders are entitled to membership in the club, its unique opportunities and resources.

The initial sale of 10,000,000 REcoins will be at a 15% discount, with 1 REcoin (RCN) equaling $0.85 USD. This discount will become progressively lower as more REcoins are sold.

Mining will be required to build the blockchain for REcoin, with miners receiving 15% of funds emitted from the mining process, as well as 92.5% of the transaction commission.

83% of the annual issue of tokens is intended for securing tokens in the form of a real estate investment. In a negative scenario, REcoin Trust will offer an exchange of up to 70% of the REcoin token market value for the Trust's assets of comparable value as an alternative to the current liquidity.

REcoin Trust makes diversified investments using effective strategies such as investing in real estate with a stable income, short sales, foreclosures and real estate development and others. 100% of the REcoin Trust profit is reinvested into real estate.

Maksim Zaslavskiy is a humanitarian with interest in several global charities. 2% of all annual emission of REcoins will be dedicated to charity along with 6% of every transaction commission. This is equivalent to up to 70% of REcoin's remaining profit after all expenses and real estate reinvestment

Beneficiaries of REcoin donations will include most well known and trustworthy charities such as Live Love Laugh Global, Homes for Our Troops, World Vision, Feeding America, Doctors Without Borders and many others.

With the latest blockchain technology, REcoin like many other leading cryptocurrencies will be secure, virtually impossible to counterfeit, and will not be susceptible to manipulation from financial institutions.





