

There were 628 press releases posted in the last 24 hours and 172,306  World Media Directory ·    RSS ·    Email Newsletters  in the last 365 days.

# REcoin Group rethinks hedging strategy, drops real estate in favor of physical diamonds.

*All REcoin holdings will be seamlessly converted into Diamond Reserve Coin (DRC) at the rates favorable to REcoin investors*

LAS VEGAS, LAS VEGAS, USA, September 6,



### Contact Author

Maksim Zaslavskiy
101REcoin
702-359-1047
email us here

### Share This Story

 Facebook
 Twitter
 LinkedIn
 Google+
 Print
 PDF

### More From This Source

REcoin Group rethinks hedging strategy, drops real estate in favor of physical diamonds.

The Gold Road To Plenty: BANKERS & GOVERNMENT vs. PEOPLE

RECoin Group Updates WP On The Eve Of ICO, Announces The Creation



Of The Non-Profit REcoin Group Foundation

View All Stories From This Source

Submit Release











2017 /EINPresswire.com/ -- Max Zaslavsky and his team of real estate professionals, software developers, and legal specialists has been working tirelessly to create a truly decentralized digital token hedged by real estate. After a year and a half of continuous efforts it became apparent that the steps necessary to maintain the level of liquidity of tokenized real estate holdings, and to keep them safe and secure for a truly decentralized community are impossible to take in a digital environment.

Therefore, the strategy has been changed to physical diamonds - the least centralized commodity that for the last 2000 years has been used as a way of hedging against currency, stock and bond market volatility at a time of political and economic uncertainty.

"The big players are looking at diamonds in a different way," says Ehud Laniado, chief executive of Cora International, which sold the 12.03-carat Blue Moon diamond for $48.4 million at a Sotheby's Geneva sale, a world record for any jewel sold at auction.
"They are not looking at them just as a jewel, but as an asset that has a resale value."

Mr. Laniado continued to comment further that the outlook for gold remained uncertain partly due to concerns about a possible increase in U.S. interest rates. In such a scenario, investors may look at a next-best alternative such as diamonds.

Diamonds have high aesthetic value and are relatively easy to transport. Diamonds are actually the most concentrated way to store wealth. A high quality diamond with a mass of 2-3 grams can have

the same value as 100 kilograms of gold.

Diamonds are quite scarce and natural colored diamonds are the scarcest among diamonds. Out of more than 120 million carats that are mined every year, only less than a quarter of them will be of gem quality. Out of gem quality diamonds, only one in a few hundreds of thousands possesses enough color to be classified as a natural fancy color diamond.

All REcoin holdings will be seamlessly converted into Diamond Reserve Coin (DRC) at the rates favorable to REcoin investors. The REcoin's early supporters who gave their vote of confidence to a barely feathered startup, saw true value in REcoin and purchased first tokens as soon as the pre-sale started are going to receive a 10% bonus in DRC. Just as is REcoin, DRC is powered by blockchain technology, offering a superior alternative to storing value in fiat currencies and Max Zaslavsky and his team really wish to see investors to continue to take full advantage of this amazing technology.

The DRC owners remain entitled to all the opportunities and benefits they were promised at the time of joining the REcoin community. All the referral programs remain in place (and we've lifted the condition of having a real estate broker license to be able to take advantage of them), the DRC holders are now going to be able to use smart contracts not only in real estate but in every facet of commerce, in which the community is going to be engaged. All the bulletproof technological aspects of the token, the hedging, the mining, the sidechain policies, the partner programs and charitable activities - all remains the same after the switch from hedging tokens with real estate investments to physical diamonds.

Naturally, everyone of the investors is entitled to a full refund, should they wish to claim it. Your funds are safe and secure, and are available for withdrawal at any moment, no questions asked. But Max and his team do encourage you to stay with the project and watch your tokens turn into diamonds.

Maksim Zaslavskiy
101REcoin
702-359-1047
email us here

Share on    Facebook ·    Twitter ·   LinkedIn ·   Google+

REcoin Group rethinks hedging strategy, drops real estate in favor of physical diamonds. Page 4 of 5

Case 1:17-cv-05725-RJD-RER   Document 1-10   Filed 09/29/17   Page 4 of 5 PageID #: 191



BUY RECOIN

EN

## REcoin. The First Ever Cryptocurrency Backed by Real Estate

**Already purchased**

**2 894 367** REC

BUY RECOIN



Distribution channels: Banking, Finance & Investment, Business & Economy, Companies, Education, Gifts, Games & Hobbies, IT, International Organizations, Media, Advertising & PR, Mining, World & Regional ...

EIN PRESSWIRE　　　　　　　　　　BACK TO TOP

Case 1:17-cv-05725-RJD-RER   Document 1-10   Filed 09/29/17   Page 5 of 5 PageID #: 192

Follow @EINPresswire  3,354 followers

**Quick Links:**
- Submit Releases
- Login
- Set Up FREE Account
- Pricing & Comparison Chart
- Distribution

**Resources:**
- RSS
- Email Newsletters
- World Media Directory
- EIN Newsdesk
- NewsPlugin

**Press Releases:**
- All Press Releases
- Featured Press Releases
- Search Press Releases
- Browse by Date

**Featured Clients:**
- WiseGuyReports.com
- Marketwired
- IT Governance

**Help & Information Center:**
- Why Us?
- About EIN Presswire
- Helpful Tips
- Video Tutorial
- Client Testimonials
- Blog
- Services
- User Agreement
- Privacy Policy
- Contact
- Report Problem

- EIN News Home
- About EIN News
- EIN Presswire
- Events & Conferences
- Newsfeed Maker
- Inbox Robot
- IPD Group
- EIN Twitter
- EIN Facebook

© 1995-2017 IPD Group, Inc. dba EIN Presswire | EIN News. All Right Reserved. | User Agreement | Privacy Policy | Contact