

Government of Puerto Rico
Department of State

Transaction Date: 01-Sep-2017
Register No: 399919
Order No: 1330942

# Government of Puerto Rico

## Certificate of Incorporation of a Stock Corporation

### Article I - Corporation Name

**The name of the Domestic Corporation is: DRC. WORLD INC.**
**Desired term for the entity name is: Inc.**

### Article II - Designated Office and Resident Agent

Its designated office in the Government of Puerto Rico will be located at:

| | |
|---|---|
| Street Address | **53 Calle Palmeras, Suite 401, SAN JUAN, PR, 00901-2421** |
| Mailing Address | **53 Calle Palmeras, Suite 401, SAN JUAN, PR, 00901-2421** |
| Phone | **(787) 567-0042** |

The name, street and mailing address of the Resident Agent in charge of said office is:

| | |
|---|---|
| Name | **Advanced CPA, LLC** |
| Street Address | **60 Calle Georgetti, SAN JUAN, PR, 00925-3607** |
| Mailing Address | **PO Box 41234, SAN JUAN, PR, 00940-1234** |
| Email | **estado@negroncpa.com** |
| Phone | **(787) 761-1818** |

### Article III - Nature of Business

This is a For Profit entity whose nature of business or purpose is as follows:

**The company will create a membership club that offers services to its members, as well as any lawful business purpose.**

### Article IV - Capital Stock

The number and classes of authorized capital stock of this corporation are as follows:

| | |
|---|---|
| Class | **Common** |
| Share Number | **100,000** |
| Par Value | **$0.01** |

The denomination, faculties, preferences, and rights of the stock are:

**Fixed by the Board of Directors by corporate resolution.**

### Article V - Incorporators

The name, street and mailing address of each Incorporator is as follows:

| | |
|---|---|
| Name | **Brookman, Angela** |
| Street Address | **151 San Francisco Street, Suite 200, SAN JUAN, PR, 00901-1659** |
| Mailing Address | **151 San Francisco Street, Suite 200, SAN JUAN, PR, 00901-1659** |

DRC. WORLD INC.                                                                                                  Domestic Corporation

Email              **angela@pradvantage.com**

**Article VI - Officers**

Faculties will not end by presenting this Certificate.

**Article VII - Terms of Existence**

The term of existence of this entity will be: **Perpetual**

The date from which the entity will be effective is: **01-Sep-2017**

**Supporting Documents**

| **Document** | **Date Issued** |
|---|---|

**STATEMENT UNDER PENALTY OF PERJURY**

IN WITNESS WHEREOF, I/We Brookman, Angela, the undersigned, for the purpose of forming a corporation pursuant to the laws of Puerto Rico, hereby swear that the facts herein stated are true. This 1st day of September, 2017.