Case 1:17-cv-05725-RJD-RER   Document 1-14   Filed 09/29/17   Page 1 of 4 PageID #: 243

ISSUED BY DRC WORLD

# MLT HUB reward crowdfunding platform by DRC World INC is to go live on October 12



*MLT HUB is a rewards-based crowdfunding platform, which allows businesses or individuals to make a pitch to raise capital online.*

NEW YORK, NEW YORK, UNITED STATES, September 19, 2017 /EINPresswire.com/ -- As a vital tool of reward crowdfunding within the Diamond Reserve Club's ecosystem and as a commitment to all Club members who are considering tokenizing their projects through ICOs, Max Zaslavskiy and his team are unveiling MLT HUB.

MLT HUB is a rewards-based crowdfunding platform, which allows businesses or individuals to make a pitch to raise capital online. We gear MLT HUB toward startups, particularly those in creative fields, that don't qualify for traditional small-

## Press Contact

Anton Shmerkin
DRC WORLD
+13238348333
 email us here

## Share This Story

 Facebook
 Twitter
 LinkedIn
 Google+
 Print
 PDF



## Company Details

DRC WORLD
53 CALLE PALMERAS
SAN JUAN
00901
Puerto Rico
+13238348333
Visit Website
Visit Newsroom
  Facebook
  Twitter
  LinkedIn

 Questions? +1 800-883-2055  LOGIN  Set Up FREE Account

business loans but have compelling projects or are looking to test a market.

Anyone can contribute to a reward crowdfunding campaign on MLT HUB. Since individual donations may be small, our idea is for business owners and entrepreneurs to persuade as many people as possible to pitch in. And the Diamond Reserve Club contains all necessary tools for just that.

Money raised on MLT HUB doesn't have to be paid back, but in return for donations, businesses provide rewards.

We realize, how difficult it is to fund a project to the point of going to market with a full scale prototype. This is precisely the goal behind the MLT HUB creation: to set the stage for your product, service or business proposition, so that it's seen, understood, and appreciated by the potential backers from the midst of the Diamond Reserve Club and around the world.

Hopefully, with the help of the MLT HUB and the Diamond Reserve Club ecosystem resources your product takes off and we'll be able to watch it rise in the charts together. After all, by the time DRC had gone online, the amount of bumps and bruises we've endured over time was comparable only to the amount of money we've lost making mistakes that could have been easily avoided, had we had something like the DRC ecosystem on our side in our time. So please, count on us. The diverse DRC consulting services are at your service and we would very much like for us both succeed.

Just know, that, once the project is successfully funded, the entirety of the Club's ecosystem is behind you. The total of 21 news sharing platforms are busy promoting your enterprise to nearly a million of our social network followers and to the entire world. Almost 300 of stellar marketing staff at our creative and digital marketing outlets are shaping ideas for your product to become a hit. Not to mention the possibility of Max Zaslavskiy himself taking interest in your idea and funding it out of his own pocket.

## About

Diamond Reserve Club is a unique closed business membership club with personalized and confidential multilevel membership. By possessing membership tokens, you gain access to all of your respective membership levels granting you all the rights, benefits, privileges, and resources.

https://drc.world

## More From This Author

Max Zaslavskiy: the first in history blockchain based Diamond Reserve Club membership is for everyone!

MLT HUB reward crowdfunding platform by DRC World INC is to go live on October 12

The Part II of the hit trilogy by Max Zaslavsky is about to hit Amazon on October 6. This time it's Gold vs. Paper

View All Stories From This Author

Questions? +1 800-883-2055   LOGIN   Set Up FREE Account

When your campaign is deemed a success, MLT HUB will collect a 5% fee, which will be then reinvested back into your project in a form of advertising support, operating costs coverage or recapitalization.

MLT HUB is scheduled to go online on October 12.

Maksim Zaslavskiy
DRC WORLD
+1(323) 834-8333
email us here

 



# SEC Intern

The requested web page is restricted by the
availability of SEC information systems or it

**URL:** https://drc.world/
**Categories:** PUPs (potentially unwanted p
**Block Reason:** Global Block Category List
**User:** pulaskit
**Client IP:** 172.31.11.6

If you feel this SEC Internet Gateway - Not
be unblocked, please provide supporting "*L*

---

Additional information may be obtained fro

Share on  Facebook ·  Twitter ·  LinkedIn ·  Google+

Distribution channels: Banking, Finance & Investment, Business & Economy, IT, Manufacturing, Media, Advertising & PR



Questions? +1 800-883-2055   LOGIN   Set Up FREE Account