



BARBARA K. CEGAVSKE
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov

*050106*

# Articles of Organization
# Limited-Liability Company
(PURSUANT TO NRS CHAPTER 86)

Filed in the office of /s/ Barbara K. Cegavske
Barbara K. Cegavske
Secretary of State
State of Nevada

Document Number: 20170318779-05
Filing Date and Time: 07/26/2017 2:30 PM
Entity Number: E0352872017-1

(This document was filed electronically.)

USE BLACK INK ONLY - DO NOT HIGHLIGHT                                      ABOVE SPACE IS FOR OFFICE USE ONLY

**1. Name of Limited-Liability Company:** (must contain approved limited-liability company wording; see instructions)
RECOIN GROUP FOUNDATION LLC

☐ Check box if a Series Limited-Liability Company
☐ Check box if a Restricted Limited-Liability Company

**2. Registered Agent for Service of Process:** (check only one box)
☒ Commercial Registered Agent: GG INTERNATIONAL
☐ Noncommercial Registered Agent (name and address below) OR ☐ Office or Position with Entity (name and address below)

Name of Noncommercial Registered Agent OR Name of Title of Office or Other Position with Entity

Street Address / City / Nevada / Zip Code
Mailing Address (if different from street address) / City / Nevada / Zip Code

**3. Dissolution Date:** (optional)
Latest date upon which the company is to dissolve (if existence is not perpetual):

**4. Management:** (required)
Company shall be managed by: ☒ Manager(s) OR ☐ Member(s) (check only one box)

**5. Name and Address of each Manager or Managing Member:** (attach additional page if more than 3)

1) MAKSIM ZASLAVSKIY
7260 W. AZURE DR STE 140-212 | LAS VEGAS | NV | 89130

2) 

3) 

**6. Name, Address and Signature of Organizer:** (attach additional page if more than 1 organizer)
I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

GG INTERNATIONAL
X GG INTERNATIONAL
Organizer Signature

7260 W. AZURE DR STE 140-212 | LAS VEGAS | NV | 89130

**7. Certificate of Acceptance of Appointment of Registered Agent:**
I hereby accept appointment as Registered Agent for the above named Entity.
X GG INTERNATIONAL
Authorized Signature of Registered Agent or On Behalf of Registered Agent Entity    Date: 7/26/2017

This form must be accompanied by appropriate fees.

Nevada Secretary of State NRS 86 DLLC Articles
Revised: 10-1-15