# Wells Fargo Business Choice Checking



Account number: ▨▨▨▨▨   ■ August 2, 2017 - August 31, 2017   ■ Page 1 of 5

RECOIN GROUP FOUNDATION LLC
7260 W AZURE DR STE 140-212
LAS VEGAS NV 89130-7999

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Cash flow is a key indicator of the financial health of your business. Find tips and strategies for effective cash flow management at wellsfargoworks.com.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 8/2 | $0.00 |
| Deposits/Credits | 26,824.60 |
| Withdrawals/Debits | - 26,130.99 |
| **Ending balance on 8/31** | **$693.61** |
| Average ledger balance this period | $6,129.14 |

Account number: ▨▨▨▨▨

**RECOIN GROUP FOUNDATION LLC**

*Nevada account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 321270742

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Account number: ░░░░░ ■ August 2, 2017 - August 31, 2017 ■ Page 2 of 5



WELLS
FARGO

---

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 8/2 | | Checking Opening Deposit | 100.00 | | 100.00 |
| 8/3 | | Paypal Verifybank 170803 105Ucj222Meybng Recoin Group Foundatio | 0.08 | | |
| 8/3 | | Paypal Verifybank 170803 205Ucj222Meybng Recoin Group Foundatio | 0.16 | | |
| 8/3 | | Paypal Verifybank 170803 405Ucj222Meybng Recoin Group Foundatio | | 0.24 | 100.00 |
| 8/11 | | Purchase authorized on 08/09 Impark00370364A San Francisco CA S587222014778993 Card 7158 | | 35.00 | 65.00 |
| 8/14 | | Purchase authorized on 08/10 Impark00370364A San Francisco CA S387223053031285 Card 7158 | | 35.00 | 30.00 |
| 8/16 | | Amznj6Df2Wbp Checkout 170816 J9Elxrryuzohkzw Payments.Amazon.Com ID#J9Elxrryuzohkzw | 6,060.94 | | |
| 8/16 | | WT Fed#02647 Ica Banken Ab /Org=Robert Almqvist Srf# 2017081600145004 Trn#170816008702 Rfb# 71370169576Hc | 170.00 | | |
| 8/16 | | Wire Trans Svc Charge - Sequence: 170816008702 Srf# 2017081600145004 Trn#170816008702 Rfb# 71370169576Hc | | 16.00 | 6,244.94 |
| 8/17 | | Amznj6Euiq2P Checkout 170817 Lpkk20Tmwe8W7Qc Payments.Amazon.Com ID#Lpkk20Tmwe8W7Qc | 5,061.94 | | 11,306.88 |
| 8/18 | | Amznj6G9Ylpt Checkout 170818 McXrqyvfdar9669 Payments.Amazon.Com ID#McXrqyvfdar9669 | 15,431.48 | | |
| 8/18 | | Purchase authorized on 08/17 Google *Adws711588 CC@Google.Com CA S307229359088169 Card 7158 | | 2,000.00 | |
| 8/18 | | Recurring Payment authorized on 08/18 Facebk Vvlfhdswr2 650-5434800 CA S587230260811956 Card 7158 | | 2,702.56 | |
| 8/18 | | Recurring Payment authorized on 08/18 Facebk Xvlfhdswr2 650-5434800 CA S307230260821074 Card 7158 | | 0.94 | 22,034.86 |
| 8/21 | | Recurring Payment authorized on 08/19 Facebk Hbyqsdewr2 650-5434800 CA S307231403831320 Card 7158 | | 750.08 | |
| 8/21 | | Purchase authorized on 08/19 Google *Adws711588 CC@Google.Com CA S307231564166348 Card 7158 | | 2,000.00 | |
| 8/21 | | Purchase authorized on 08/21 Google *Adws711588 CC@Google.Com CA S467233218871350 Card 7158 | | 3,000.00 | 16,284.78 |
| 8/22 | | Recurring Payment authorized on 08/21 Facebk Elnswdjwr2 650-5434800 CA S307233639443202 Card 7158 | | 748.35 | |
| 8/22 | | Recurring Payment authorized on 08/21 Facebk Flnewdjwr2 650-5434800 CA S587233639455405 Card 7158 | | 2.11 | 15,534.32 |
| 8/24 | | Purchase authorized on 08/23 Google *Adws711588 CC@Google.Com CA S587235698267002 Card 7158 | | 3,000.00 | 12,534.32 |
| 8/25 | | Recurring Payment authorized on 08/25 Facebk 7Vszjdswr2 650-5434800 CA S587237128752748 Card 7158 | | 1,033.70 | |
| 8/25 | | Recurring Payment authorized on 08/25 Facebk 8Vszjdswr2 650-5434800 CA S307237128765005 Card 7158 | | 39.41 | 11,461.21 |
| 8/28 | | Purchase authorized on 08/25 Google *Adws711588 CC@Google.Com CA S307237503596684 Card 7158 | | 3,000.00 | |
| 8/28 | | Recurring Payment authorized on 08/26 Facebk Srutud6Wr2 650-5434800 CA S307238315620212 Card 7158 | | 20.77 | |
| 8/28 | | Recurring Payment authorized on 08/26 Facebk Rrutud6Wr2 650-5434800 CA S387238315616749 Card 7158 | | 729.80 | |
| 8/28 | | Purchase authorized on 08/26 Google *Adws711588 CC@Google.Com CA S307238486452557 Card 7158 | | 2,000.00 | |
| 8/28 | | Purchase authorized on 08/28 Google *Adws711588 CC@Google.Com CA S387239648861717 Card 7158 | | 3,000.00 | 2,710.64 |

WELLS FARGO

## *Transaction history (continued)*

| *Date* | *Check Number* | *Description* | *Deposits/ Credits* | *Withdrawals/ Debits* | *Ending daily balance* |
|---|---|---|---|---|---|
| 8/29 | | Purchase authorized on 08/28 Google *Adws711588 CC@Google.Com CA S307240503557644 Card 7158 | | 2,000.00 | |
| 8/29 | | Recurring Payment authorized on 08/28 Facebk Hj54Vdewr2 650-5434800 CA S307240547030058 Card 7158 | | 17.03 | 693.61 |
| **Ending balance on 8/31** | | | | | **693.61** |
| **Totals** | | | **$26,824.60** | **$26,130.99** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 08/02/2017 - 08/31/2017 | Standard monthly service fee $14.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. Your fee waiver is about to expire. You will need to meet the requirement(s) to avoid the monthly service fee.

| **How to avoid the monthly service fee** | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $7,500.00 | $6,129.00 ☐ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| · Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 20 ☑ |
| · Enrollment in a linked Direct Pay service through Wells Fargo Business Online | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | ☐ |
| - Average ledger balances in business checking, savings, and time accounts | | |
| - Most recent statement balance in eligible Wells Fargo business credit cards and lines of credit, and combined average daily balances from the previous month in eligible Wells Fargo business and commercial loans and lines of credit | | |
| - For complete details on how you can avoid the monthly service fee based on your combined balances please refer to page 7 of the Business Account Fee and Information Schedule at www.wellsfargo.com/biz/fee-information | | |

WX/WX

## Account transaction fees summary

| *Service charge description* | *Units used* | *Units included* | *Excess units* | *Service charge per excess units ($)* | *Total service charge ($)* |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 7 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

# IMPORTANT ACCOUNT INFORMATION

Case 1:17-cv-05725-RJD-RER   Document 1-16   Filed 09/29/17   Page 4 of 5 PageID #: 251

Account number: ▓▓▓▓▓   ■ August 2, 2017 - August 31, 2017   ■ Page 4 of 5



Beginning in August 2017, we are enhancing the description of certain non-consumer ACH debit entries to include "Business to Business ACH". This entry description may appear on your statements and online banking transaction histories. The terms governing these entries remain the same and are found in the Business Account Agreement section titled "Funds transfer service" under the subsection "ACH transactions". Under ACH rules, a Business to Business ACH debit entry has a return time frame of one business day from the date the entry posted to your account. In order for the Bank to meet this deadline, you are required to notify us to return any Business to Business ACH debit entry as unauthorized by the cutoff time which is currently 3:00 PM Central Time. If you do not notify us within one business day from the date the unauthorized entry is posted to your account, we will not be able to return it without the cooperation and agreement of the originating bank and the originator of the debit entry. Any other effort to recover the funds must occur solely between you and the originator of the entry.

Case 1:17-cv-05725-RJD-RER   Document 1-16   Filed 09/29/17   Page 5 of 5 PageID #: 252

Account number: [REDACTED]   ■ August 2, 2017 - August 31, 2017   ■ Page 5 of 5



---

## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies.  If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . .$ _____

**ADD**

**B.** Any deposits listed in your          $ _____
register or transfers into          $ _____
your account which are not          $ _____
shown on your statement.        + $ _____
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total amount** $ | |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC.  NMLSR ID 399801