

# REcoin Group Launches REcoin - the First Ever Cryptocurrency Backed by Real Estate

July 07, 2017 02:00 PM Eastern Daylight Time

LAS VEGAS--(BUSINESS WIRE)--REcoin Group and its founder, real estate guru Maksim Zaslavskiy, are pleased to announce the long-awaited launch of REcoin.

REcoin is a new, proprietary cryptocurrency designed for a broad range of financial transactions, while being backed by real estate held by 101REcoin Trust in countries with a developed and stable economy such as the U.S., Canada, Japan, Great Britain and Switzerland.

The REcoin ICO - the initial fundraising period and token pre-sale stage - is scheduled for August 7th - October 9th, 2017, during which everyone is welcome to get acquainted with REcoin and invest. The pre-sale of tokens is unlimited. However, the volume of tokens designated for sale at a discount is limited.

There are several economic and technical measures involved in support of REcoin's attractiveness as a means of payment for real estate transactions, which will be managed, tracked and authenticated through blockchain technology. An international team of attorneys and programmers have been working tirelessly on creating solutions for REcoin holders to allow them to enter smart contracts in real estate rent (with the addition of sales contracts later), developing the supporting ecosystem and creating partnerships with various Internet platforms.

These measures shall inevitably lead to the exponential increase of the REcoin's investment potential. The proceeds from the initial sale of tokens will be invested in the highly regulated real estate market, thus reinforcing holder/investor confidence in REcoin. Also, 83% of the mining within the next 50 years of the issue will be invested in real estate as well.

A purposeful work will be carried out to develop the REcoin ecosystem: the search for, creation and integration of the Internet platforms that provide services in the real estate, retail and financial markets. Point-of-sale and other businesses of any specialization can also apply for inclusion in the affiliate program.

When launched, the REcoin ecosystem will consist of/be represented by the following Internet partner platforms:

- 101rebid - an online platform for conducting auctions for the sale/lease of real estate;
- 101cowork - Internet service for finding/offering real estate services;
- 101news - a news site dedicated to real estate;
- 101mls - a classified ads platform designed specifically for Realtors;
- 101fundit - an online platform for crowdfunding in real estate.

Contacts

REcoin Group

Maksim Zaslavskiy, 702-359-1047

Founder

mzaslavskiy@101recoin.com

Social Media Profiles

https://www.facebook.com/101MZ-1839606126361661/