7/13/2017                          [ANN] [Pre - ICO] REcoin - the first cryptocurrency backed by real estate : icocrypto

**Case 1:17-cv-05725-RJD-RER   Document 1-18   Filed 09/29/17   Page 1 of 10 PageID #: 255**

my subreddits | popular - all - random | AskReddit - todayilearned - worldnews - funny - pics - news - gifs - videos - movies - aww - gaming - Showerthoughts - mildlyinteresting - Jokes - sports - IAmA - OldSchoolCool - television - food - blog - tifu - science - LifeProTips - nottheonion  MORE »

**icocrypto**

comments

### [ANN] [Pre - ICO] REcoin - the first cryptocurrency backed by real estate (self.icocrypto)

6    submitted 3 days ago * by 101REcoin

*This text is the short info about REcoin*
*Official site:* **101REcoin**
*Official FB page:* **101REcoin**

**REcoin provides both investors and the average person a safer, more secure and superior alternative to storing their wealth in the form of digital currency.**

REcoin is a new cryptocurrency alternative designed to accommodate a wide range of financial transactions and investment goals. Its security is ensured through the use of one of the soundest and most reliable currency backings there is: real estate. Many of those who are looking to invest their earnings face the dilemma of putting their savings into low interest rate bank accounts or lacking other investment alternatives due to a lack of liquidity. The world's widely used fiat currencies are backed by no real commodities. REcoin is backed by real estate in countries with a developed and stable economy such as the United States, Canada, the U.K. and Switzerland.

**How Does REcoin Work?**

ReCoin users purchase the REcoin currency as an alternative to storing their savings bank accounts or other options, converting their money into a more stable and secure investment. The value of the currency can grow at least two ways: through the steady increasing value of the real estate investments that ReCoin is used to purchase, and a higher ReCoin value when the demand for REcoin rises. The management of the REcoin supply and its security is guaranteed through the latest blockchain cryptocurrency technology. REcoin offers its users an easy and intuitive buying and selling process, and furthermore it is designed to be easily used as a currency alternative for a full range real estate transactions and services.

**The Unique Advantages of REcoin.**

ReCoin offers numerous distinct advantages compared to other currencies and real estate purchasing methods.

● ReCoin simplifies and speeds up real estate transactions and allows independence from several traditional third-parties involved in real estate transactions.

● ReCoin lowers the cost of real estate transactions by limiting third-parties and increasing their speed, allowing for greater profitability for brokers, agents, and lower prices for buyers.

● ReCoin offers a new international real estate marketplace and facilitates connections for investors, brokers, and real estate sellers.

**REcoin's Guarantees.**

ReCoin offers several guarantees to its users to protect their investment:

● ReCoin's activities are in full compliance and governed by United States law.

● 100% of our proceeds from ReCoin sales minus maintenance costs are invested into real estate.

● In worst-case scenarios, The ReCoin Trust guarantees a liquidity ratio of up to 70% of the currency's market value. Compare this to the Federal Reserve requirement for liquidity ratios for financial institutions, which is set at a maximum of 10%.

● The ReCoin Purse is secured by the latest cryptocurrency tools and designed to be user-friendly and convenient.

---

**Want to join?** **Log in or sign up** in seconds. | English

[search]

this post was submitted on 10 Jul 2017
**6 points** (88% upvoted)
shortlink: https://redd.it/6mf88y

[username] [password]

☐ remember me    reset password    [login]

**Submit a new link**

**Submit a new text post**

## icocrypto

subscribe    **4,609 readers**
72 users here now

### About

Icocrypto is the place to come for discussion of everything related to active and upcoming ICO / Crowdsales. Let's build a Due diligence community.

### Support / Donation:

**If you want to support moderation of this sub:**.
eth: 0x33484C2A850Ec8b536aBe3282E54C47e9c35d0bA
btc: 1N2grfxVvabVRQ5ZpfbjRC1G2HSwREERAx

### Due diligence

**r/icocrypto** do not promote any product or company but offer a place to gather public informations. The goal is to build together a due dilligence community. Moderators and the community are not responsible for your personal choices. Informations on this subreddit are not guaranteed. You have to make your own due diligence and we invite you to seek for complementary informations... and to share those informations with us.

- New technical and economic solutions will be developed for the benefit of ReCoin users.

**Smart Contracts.**

As one of its most important features, ReCoin implements Smart Contracts which are implemented from Ethereum, the most widely used secure smart-contract platform. Smart contracts are algorithms that facilitate, automate, verify or enforce financial contracts. They are designed to reduce the traditional costs and time associated with developing and enforcing contracts through the use of automatically enforced contractual conditions. In the world of real estate, smart contracts can be used to ensure that payment terms, service fees or liens are paid for once the contract is executed. Smart contracts allow for cryptocurrencies like ReCoin to be safely used as working capital for real estate transactions.

**Why Should You Use ReCoin?**

- Preserve your wealth by converting it from unstable and uncertain currency into a cryptocurrency solely used for stable and secure real estate investments.

- A safer, easier and faster way for real estate buyers and sellers throughout the world to find investments, close real estate deals and securely pay for their transactions.

- Use ReCoin for less expensive and more efficient real estate transactions and services with limited third-party involvement and a lower overall cost.

- Use ReCoin to invest in the most widely known and trusted global charities.

82 comments   share

all 82 comments
sorted by: new (suggested)

[–] **enkohelen**  1 point an hour ago
To be on one's guard. Beat the air.
permalink   embed

[–] **cryptoinna**  1 point 9 hours ago*
I wonder what kind of real estate transactions and services you can do using REcoin?
permalink   embed

> [–] **NanaLelyakova**  1 point 4 hours ago
> the same question, but if it truth it's awesome!!!
> permalink   embed   parent
>
>> [–] **karasurizero**  1 point 2 hours ago
>> "The proceeds from the initial sale of tokens will be invested in the highly regulated real estate market in virtually all jurisdictions while reinforcing the holders' and investors' confidence in the REcoin". I think buying and selling a house or apartment, although renting would also be good.
>> permalink   embed   parent

[–] **DenisHayes**  1 point 10 hours ago
But what about security?
permalink   embed

> [–] **serhishulak**  1 point 29 minutes ago
> I think it will be identical to that we have of the Ethereum. Not ideal like BTC, but good too.
> permalink   embed   parent

---

**Beware**

Scam artists are sneaking around here. Be vigilant.

**Rules**

- We are not selling ICOs, we are discussing ICOs.
- Treat everyone with a certain level of respect. If you can't play nice with others, you will not be allowed to post here. Be excellent to each other. Be smart. Be your own moderator.

**Ico listings**

- https://www.ico-list.com
- https://www.icoalert.com/
- https://www.coinschedule.com
- https://cyber.fund/radar
- http://www.icocountdown.com
- http://www.smithandcrown.com/icos

**Market regulation**

- Australia
- Cayman Islands
- China
- E.U.
- Japan
- Switzerland
- U.S.A
- List by country

created by [deleted]   a community for 10 months

**MODERATORS**                      message the moderators

icocrypto_mod

about moderation team »

<   >   discussions in r/icocrypto   X

 Analysis of a fake ICO - Eros.vision

[–] **MaryBiggle** 1 point 9 hours ago

read attentively! The management of the REcoin supply and its security is guaranteed through the latest blockchain cryptocurrency technology.

permalink   embed   parent

[–] **olhakablova** 1 point 11 hours ago

What is the usefulness of a ReCoin if the amount of investment in it does not allow buying real estate in the States or Canada. Is it worth it to invest?

permalink   embed

[–] **2222_18** 1 point 11 hours ago

I hope the currency will be stable

permalink   embed

[–] **jo_garcia17** 1 point 14 hours ago

It explains wery clearly the reason why ReCoin is better, safetier and less expansive, more comfortable and well-organised

permalink   embed

[–] **yuliya_landow** 1 point 20 hours ago

I still think of investing REcoin into the charity OXFAM. I discussed it with my colleagues. They are passionate about such idea.

permalink   embed

[–] **enkohelen** 1 point 20 hours ago

It seems that everything stopped. Everyone is waits for. It's one thing to pay for dinner in the restaurant and another to invest in rental home..

permalink   embed

  [–] **Jake_Roberson** 1 point 18 hours ago

  I'm convinced that this is exactly something that makes us put away our daily tasks with intentions to observe what's going on financial market.

  permalink   embed   parent

[–] **smokatokey** 1 point 21 hours ago

No Slack channel?

permalink   embed

[–] **polinaeremina87** 1 point 1 day ago

You know what impresses most? That actually "smart contracts" were created in 1994!It's increadble that we can use this system nowadays) If I'm not mistaking such idea uses just ETH. I mean for this coin smart contracts are such benefit!

permalink   embed

[–] **katepagava** 1 point 1 day ago

As far as I am concerned "Use ReCoin to invest in the most widely known and trusted global charities." those "pros" are in the most of cryptocurrencies... You bet! Another benefits are great proposal. But charity is not a unique feature

permalink   embed

[–] **Yuliya_Matscykh** 1 point 20 hours ago

> As far as I am concerned "Use ReCoin to invest in the most widely known and trusted global charities." those "pros" are in the most of cryptocurrencies... You bet! Another benefits are great proposal. But charity is not a unique feature

I think that the unique feature is not the idea of charity. Now any person who lives in a poor country and has saved up some money can safely invest in reliable assets. Previously, it was only available to rich people, and ReCoin gives this opportunity to everyone.

permalink   embed   parent

[–] **KirillManhattan** 1 point 21 hours ago

Charity as the law of a boomerang, you give back. In this case, you work first to a name and later the name works for you, do you think I'm right?

permalink   embed   parent

[–] **Kateryna_Oli** 1 point 21 hours ago

But charity can help and then people will trust more:)

permalink   embed   parent

[–] **NanaLelyakova** 1 point 1 day ago

I really like that ReCoin simplifies and speeds up real estate transactions and allows independence from several traditional third-parties involved in real estate transactions.

permalink   embed

[–] **Maximdyachenko11** 1 point 20 hours ago

> I really like that ReCoin simplifies and speeds up real estate transactions and allows independence from several traditional third-parties involved in real estate transactions.

I think Recoin this is the future. But we need even more official information on it

permalink   embed   parent

[–] **mihohil** 1 point 1 day ago

oh, finally I can see prices for REcoin. I'm so interestend in it, how many I must buy, what do you think?

permalink   embed

[–] **karasurizero** 1 point 1 day ago

as much as possible. I think in a couple of years, many people will invest in it and ReCoin will grow up

permalink   embed   parent

[–] **mihohil** 1 point 1 day ago

I hope so too, it's interesting ICO, and I hope many people will want to invest in it. because I think that investments are helping with developing of coin.

permalink   embed   parent

[–] **serhishulak** 1 point 1 day ago

i think about it too. maybe i will invest in the first day when it will be available. In any case, I think in the first month the price will be the lowest.

permalink   embed   parent

[–] **2222_18** 1 point 1 day ago

I want to know more about recoin. Somebody knows some recent news?

permalink   embed

> [–] **caseyanthony195**  1 point 18 hours ago
>
> I believe they have recently purchased 19 office blocks in various USA cities in order to back up the REcoin. This will make sure that REcoin will stay stable in the long run.
>
> permalink   embed   parent

[–] **DenisHayes**  1 point 1 day ago

I don't want to make hasty conclusions, we just need to watch this.

permalink   embed

[–] **Justvitalo**  1 point 1 day ago

I think that in a short time it will become an indispensable tool for people who working with real estate

permalink   embed

> [–] **dimadimaivchenko**  1 point 17 hours ago
>
> i dont think so, cause people will use only when it will become big anf they will be sure in the security and so on i hope in the long run it will
>
> permalink   embed   parent

[–] **jo_garcia17**  1 point 1 day ago

enother big list of "why recoin is better than other cryptocurrencies" for those who dont know or dont believe

permalink   embed

[–] **Natalia_Volkova**  1 point 1 day ago*

REcoin is a new project that deserves attention. REcoin has an improvements like increasing in speed of transactions and reduction of additional costs that will help everyone save their time and money.

permalink   embed

[–] **enkohelen**  1 point 1 day ago

"REcoin is backed by real estate in countries with a developed and stable economy such as the United States, Canada, the U.K. and Switzerland". No Deutschland on the list. Why? Why

permalink   embed

[–] **KirillManhattan**  0 points 1 day ago

A lot of good comments on ReCoin account, well developing crypto currency, is not it?

permalink   embed

[–] **dimadimaivchenko**  1 point 1 day ago

we will see how it will work i still have some worries but the main pic seems to be pretty clear

permalink   embed

[–] **Ruddddd_rudenko**  1 point 1 day ago

ReCoin hmmm... I think that not every person can really catch the main idea of this. However, thanks God, there are clever people who can understand it and discuss!

permalink   embed

[–] **MaryBiggle**   1 point 1 day ago

> ReCoin hmmm... I think that not every person can really catch the main idea of this. However, thanks God, there are clever people who can understand it and discuss!

What the main idea of this do you think?

permalink   embed   parent

[–] **Ruddddd_rudenko**   1 point 20 hours ago

ReCoin helps to make the investment more reliable, especially its stability and a small percentage - is the main reason why people don't have to open a bank account.

permalink   embed   parent

[–] **yuliya_landow**   0 points 1 day ago

You know, I'm one of representatives of OXFAM. We help people in poorer countries. And it's really great to know that we can use ReCoin in our charity activities. I'll discuss it with my colleagues. Thanks!

permalink   embed

[–] **Yuliya_Matscykh**   1 point 1 day ago

I wonder how the fluctuations in property prices will affect the value of ReCoin. But in any case, real estate is a good guarantee for investors.

permalink   embed

[–] **enkohelen**   1 point an hour ago

If a man will begin with certainties, he shall end in doubts; but if he will be content to begin with doubt, he shall end in certainties.

permalink   embed   parent

[–] **Yuliya_Matscykh**   1 point 57 minutes ago

> If a man will begin with certainties, he shall end in doubts; but if he will be content to begin with doubt, he shall end in certainties.

This is a complex thought. Do you think that too attractive guarantees will scare off people who are interested in ReCoin?

permalink   embed   parent

[–] **enkohelen**   1 point 50 minutes ago

They still have time to think about it.

permalink   embed   parent

[–] **JuliaPavlova**   1 point 1 day ago

Thank you for the comparison study. I appreciate your efforts in collecting the information and getting it to me so quickly. The material will be very useful in helping us determine. The information you provided is both up-to-date and specific to our needs. If I can reciprocate in any way, please do not hesitate to contact me.

permalink   embed

[–] **alvarilina**   1 point 1 day ago

Interesting.That's a really big step in modern society but still there are things which need to be considered.

permalink   embed

[–] **cryptoinna**   1 point 1 day ago

For sure as it's completely new ...

permalink  embed  parent

[–] **cryptoinna** 1 point 1 day ago

For sure as it's completely new ...

permalink  embed  parent

[–] **Kateryna_Oli** 1 point 2 days ago

Thanks for information! I will observe REcoin's development with interest!

permalink  embed

[–] **vikkyzenna** 1 point 2 days ago

The offer is interesting. Get acquainted with your coin. But so far little information on this.

permalink  embed

[–] **MaryBiggle** 1 point 2 days ago

A great way for future investments!

permalink  embed

[–] **alexrose2699** 1 point 1 day ago

Yeah I definitely agree

permalink  embed  parent

[–] **katepagava** 1 point 2 days ago

Sounds great, but I'm not sure if it's possible to be realistic

permalink  embed

[–] **Maximdyachenko11** 1 point 1 day ago

> Sounds great, but I'm not sure if it's possible to be realistic

FACTS give evidence for themselves!

permalink  embed  parent

[–] **Jake_Roberson** 1 point 2 days ago

In fact, according to United States law, REcoin's Guarantees are undeniable which makes your question under the question.

permalink  embed  parent

[–] **caseyanthony195** 1 point 2 days ago

Actually, the concept of having a digital currency backed up by real estate is the most realistic one out of all I have seen so far, as it has some real assets that are impossible to dump.

permalink  embed  parent

[–] **101REcoin** [S] 1 point 2 days ago

EINpresswire about us!

http://www.einpresswire.com/article/391462635/new-cryptocurrency-recoin-will-be-backed-by-intelligent-real-estate-investments

permalink  embed

[–] **alinadoxon11** 1 point 2 days ago

Another new cryptocurrency. As always, there are many good promises. But will they be so useful... I can not argue with the fact that this cryptocurrency seems quite reliable and safe. Because it uses real estate as a currency backings, and the remaining currencies are backed by no real goods.

permalink   embed

[–] **8primaster8** 1 point 2 days ago

Too good to be real)

permalink   embed

[–] **2222_18** 1 point 2 days ago

This is the first crypt for the real estate

permalink   embed

[–] **en-joi** 2 points 2 days ago*

Is it just me or do most of these comments read like the same person wrote them...

permalink   embed

> [–] **serhishulak** 1 point 2 days ago
>
> I think there is not to much info and REcoin is not started so now everyone has the same feeling about this currency and therefore the opinion and comments are the same.
>
> permalink   embed   parent
>
> > [–] **Daniel_West** 1 point 2 days ago
> >
> > True, perhaps ~~OP~~ a certain someone likes it way too much)
> >
> > permalink   embed   parent
>
> [–] **ChrisCollins322** 1 point 2 days ago
>
> What r u talkin about rofl
>
> permalink   embed   parent
>
> [–] **Not_Just_You** 2 points 2 days ago
>
> > Is it just me
>
> Probably not
>
> permalink   embed   parent

[–] **yuliya_landow** 1 point 2 days ago

it's good to know that 100% of your proceeds from ReCoin sales are invested into real estate. it's a respectful decision.

permalink   embed

[–] **dimadimaivchenko** 1 point 2 days ago

interesting project! it seems like a very stable cryptocurrency cause there is a strong back behind it (i mean real estate)

permalink   embed

[–] **caseyanthony195** 2 points 2 days ago

This seems like a really elegant way of handling transactions in real estate market. The fact that this digital currency is backed up by real assets also makes it trustworthy imo.

permalink   embed

[–] **Jake_Roberson**  1 point 2 days ago

Extraordinary decision, nice to know its activities are fully governed by the law of the United States of America.

permalink   embed

[–] **Yuliya_Matscykh**  2 points 2 days ago

I think it's very good. Crypto-currency, protected by real estate, will be well received by people. Conservative people will be much easier to accept the idea of crypto currency.

permalink   embed

   [–] **polinaeremina87**  1 point 1 day ago

   Totally agree with you, soon everyone will accept crypto as Japan did for example

   permalink   embed   parent

[–] **olhakablova**  1 point 2 days ago*

An interesting solution, a guarantee of real estate. I will be glad to know the price.

permalink   embed

[–] **KirillManhattan**  1 point 2 days ago

A very interesting article and even more interesting is how ReCoin develops and what ways it tries to use to improve

permalink   embed

[–] **NanaLelyakova**  1 point 2 days ago

very convincingly! Interesting information for adolessons

permalink   embed

[–] **enkohelen**  2 points 2 days ago

"ReCoin's activities are in full compliance and governed by United States law. "Where can I find a legal document? Link, please. Very interesting for young people who start to live independently.

permalink   embed

   [–] **Justvitalo**  1 point 11 hours ago

   I think you can find it on their official website

   permalink   embed   parent

[–] **icoanalysis**  3 points 2 days ago

This seems quite implausible. The lack of information is also puzzling.

permalink   embed

   [–] **Daniel_West**  1 point 2 days ago

   +, sounds a bit too good to be true, but if even the half of information given above is true, it may end up being a success. However, the lack of tech. specifications is strange and somehow repellent.

   permalink   embed   parent

[–] **cryptoinna** 2 points 3 days ago

If everything clicks, we should have a good deal with this cryptocoin

permalink   embed

[–] **serhishulak** 2 points 3 days ago

Tnx for the info! I seach more but can't find but now. I'm soooo interested in ReCoin and can't wait when it start

permalink   embed

[–] **alexrose2699** 2 points 3 days ago

This is very easy to understand info. I guess Recoin is the most promising cryptocurrency now

permalink   embed

  [–] **olhakablova** 1 point an hour ago

  This is a controversial statement, but the idea itself is cool of course!

  permalink   embed   parent

  [–] **Yuliya_Matscykh** 1 point an hour ago

  > This is very easy to understand info. I guess Recoin is the most promising cryptocurrency now

  I'm sure! The United States, Great Britain and Canada are countries with the most stable legal system. Japan is one of the most innovative countries. Switzerland is a country of bankers. An excellent kit for making investments as secure as possible!

  permalink   embed   parent

### about
blog
about
source code
advertise
careers

### help
site rules
FAQ
wiki
reddiquette
mod guidelines
contact us

### apps & tools
Reddit for iPhone
Reddit for Android
mobile website
buttons

### <3
**reddit gold**
redditgifts

Use of this site constitutes acceptance of our User Agreement and Privacy Policy. © 2017 reddit inc. All rights reserved.
REDDIT and the ALIEN Logo are registered trademarks of reddit inc.

π                                                                                                                                                            π