## RECoin is about to launch and the RECoin group founder, Max Zaslavsky, has some last minute answers

At the eve of the launch or RECoin, the first fully backed by real estate cryptocurrency in history, Max Zaslavsky, the founder of the RECoin group, would like to to wish the future RECoin holders and the RECoin community members the many successes with our common project.

Due to the tremendous interest in RECoin in the specialty circles and blogosphere, Mr. Zaslavsky would like to take this opportunity to unpack several important points before the RECoin launch.

RECoin is the only proprietary cryptocurrency that is for the first time in history is backed by real estate investments in countries with well-developed and thoroughly regulated financial markets such as USA, Canada, Japan, Great Britain, and Switzerland. That puts RECoin in an absolutely new digital asset class.

Max Zaslavsky's unwavering belief in the ReCoin project prompts him to collect only his 0.5% share of the voluntary commission.

No dividends are going to be paid out to any beneficiaries, meaning that 100% of the net profit from ReCoin is reinvested into real estate in order to secure assets fully and as soon as possible. Subsequently, 83% of the RECoin's value mined for the next 50 years of its emission is also reinvested into real estate.

The ReCoin ICO is scheduled for the period of AUgust 7, 2017 to October 7, 2017, during which everyone is welcome to get acquainted with ReCoin and invest. The pre-sale of tokens is not limited. However, the volume of tokens designated for sale at a discount is limited.

In that regard the RECoin group is proud to confirm the launch of the fully operational beta of the 101CoWork - an internet platform for finding/offering real estate services.
Also, real estate professionals and RECoin community members are welcome to receive all the help and counsel they need on 101News, a unique news platform with users gamification. The site's been operational for two months to date and traffic is booming!
Another web resource that Max Zaslavsky and his team welcome you to visit is 101Coliving, a platform where people can find a place for co-living around the world.

"Unsecured cryptocurrency is consistently the lowest correlated asset to other traditional asset classes," says Max Zaslavsky. "So far the way it works is, If an investor who holds bonds and equities swapps a percentage of their prior holdings into crypto currency, that person would have to make sure each time they do it, that their digital asset of interest is showing next to nothing correlation and superior absolute performance. That way, and that way only, the investor would have a somewhat low volatility portfolio while simultaneously increasing absolute returns, which is the golden goose of any asset class.



But we're nearing the times when the sheer volume of unsecured digital assets traded on the poorly regulated market is going to put investors on alert, to say the least. Pure and simple: very soon it won't matter, whether you have your digital coffers full, at some point you're going to have to secure your investment. And that's the problem RECoin is going to address. Personally, I'm 100% certain that there's simply no other way than backing RECoin with real estate."

For further discussion of the RECoin, its future impact on the real estate market and the crypto currency asset class Max Zaslavsky would like to invite all interested parties to an online conference on August 3, 2017.

