# Thank you for registering in the REcoin!

## There are several easy ways to buy RE coins

- Credit cards (PayPal, Stripe)
- Cryptocurrency (ETH, BTC, ETC, LTC, XRP etc.)
- Direct bank payment

### Use any method convenient for you.

**BUY NOW**



## Why should I buy REcoin?

I think everyone is asking this question. I've registered, what next? What the hell I'm doing here? We can answer this question!

(M2) (43)

When we planned to start **REcoin**, we were thinking not only about money but about creating a strong community around the world. The community of people who are looking into the future and understand that they have to defend myself and my loved ones from financial problems and poverty. But how to do this in the current world, where currency rates of all countries are always jumping up and down. And even not backed by anything except vague government promises.

So what is the answer to your question?

## You are here to defend yourself and your loved ones. You are here to create a strong financial future, hedged of any outside influence!



THE FIRST EVER CRYPTOCURRENCY BACKED BY REAL ESTATE

## Now let's do a little math:

If you buy 100REC today with a 15% discount, in two months (when the pre-sale is over) they will cost 100+ (9% / 12 * 2) = 101.5. That means you earn 101.5-85 = $**16.5**

If you buy 1000REC the profit will no longer be 16.5 $, but 1000+ (9% / 12 * 2) – 850 = $**165**. Significant, difference, right? ;)



## We do not in any way want to incline you to anything

However, we remind you that the 15% discount only applies to the first 10,000.0000 coins. And what 10.000.0000 coins, **worth $ 8.500.000**, are for a market that is valued at more than $ 22 trillion?

We're just telling you "Do not miss the moment!"

**More than 1.5 million coins have already been sold!**

BUY NOW

