**ReCoin is the only cryptocurrency that is backed by real estate**

What is wrong with cybermoney? According to Bill Gates, using cryptocurrency is an excellent way to transact business online, but its shortcomings are pretty much inherent to its nature, thus can not be corrected. The volatility factor, for instance. Since cryptocurrency is not issued by a bank and is not backed by a commodity or insured (regulated) by a state, it moves willy-nilly through the markets by way of supply-demand only. Meaning, a financial instrument, whose gains and losses regularly fluctuate by double digits can hardly be considered a reliable store of value.

The irreversibility of transaction pours more gas on the fire. If something goes wrong, you can only "get your money back" from a person, to whom the funds had been sent. Again, since the today's cryptocurrency is not backed by anything and exists only in the virtual world, there are no third parties, agencies, committees, judiciary bodies or mediators guaranteeing your financial safety. It's a community, you know, where no names are attached to bank accounts, no information linked to certain people or organizations. In short, you're on your own.

Not anymore. With the introduction of a new cryptocurrency, **ReCoin**, by a prominent American entrepreneur **Max Zaslavsky**, for the first time in the history of digital money the world is being endowed with the virtual financial instrument that is backed by real estate.

Even though at this point it gets a little tricky, Mr. Zaslavsky is eager to reiterate that the support for **ReCoin** is due to its provision of real estate in countries with a developed and stable economy such as USA, Canada, Japan, Great Britain, Switzerland as well as RCN/USD liquidity support.

Another excellent point Mr. Zaslavsky makes is that **ReCoin** holders act simultaneously as its users and investors since the proceeds from the initial sale of tokens as well as 83% of the mining for the next fifty years are invested in the trust that backs each token with its assets. The **101ReCoin Trust** is engaged in real estate investments and gives a guarantee of the repayment of all issued **ReCoin** tokens for up to 70% of the value of its assets.

And a final cherry on top of the **ReCoin** pie is that, should a **ReCoin** holder decide to liquidate his or her position urgently, and for any reason be unable to do it via regular exchange, the **Trust** guarantees immediate buy-out for 70% of the asset's value.

**The Trust** invests the proceeds in real estate betting on foreclosure, short sale, real estate development, rental sector and overall growth of the real estate market in the countries mentioned above. 100% of its net profit is reinvested in real estate, and the Trust Manager is exercising legal and financial control over the actions of the company management, which is consistent with the United States business practice.




But the communal spirit of cryptocurrency is in no way tarnished by a presence of an omniscient "money manager". In fact, **the Trust** is controlled by the community of **ReCoin** holders who vote for investment decisions and Mr. Zaslavsky assures us that there are no property seizure mechanisms of any kind interwoven with the inner workings of the Trust. No manager action will stand in the way of the communal interests.

Such organizational paradigm of the Trust allows expecting investment profitability from 9% and up to 67% per year, which is a very high indicator. It's calculated for three scenarios: positive, conservative and negative depending on the current investment portfolio of **the Trust** and the growth forecast for the **RCN/USD** exchange rate depending on the cryptocurrency market.

*"The yield of the Trust is directly related to the **ReCoin** rate: the better valuation is for each token, the higher is confidence in **ReCoin**, hence higher demand for it in the cryptocurrency market and better exchange rate,"* says Mr. Zaslavsky. *"It's like perpetual motion, - adds the financier, - only this time it works: the higher is the ReCoin exchange rate, the better value is put on each token entering the trust via the mining process, and therefore the Trust's assets growth intensifies resulting in better investment returns."*

There you have it, the whole idea behind the **ReCoin** project was from the beginning to create a cumulative effect from the mutual influence of the growth of **the Trust**'s assets and the increase of **the Trust** itself while generating interest for the **ReCoin** cryptocurrency. If this is not an entirely viable, genuine investment opportunity, we don't know what is.

Being real estate backed, **ReCoin** has a number of perks that make it as organic to the real estate market as possible. Namely smart leasing contracts (and sales in the future), special conditions for transacting business in **ReCoin** on affiliate Internet platforms specializing in real estate, the loyalty program for brokers buying **ReCoin** (3% discount on tokens obtained through **the Trust**) and many others.

*"Like the technical environment for the creation of **ReCoin** - Ethereum, **ReCoin** supports smart contracts - the means of bringing interested parties together on the Internet to securely transact business without the need to involve third parties as guarantors, - Mr. Zaslavsky continues. - The use of smart contracts for the real estate market is extremely promising and until now limited only by the inadequate technology and a lack of legal templates. The **ReCoin** team had tasked itself to bridge precisely that gap."*

Another important solution that promotes the development of the **ReCoin** community is the approach to creating forks. First of all, the **ReCoin** program code is protected from an unauthorized creation of forks. Secondly, there has been a protocol initiated that allows choosing and assisting in the creation of promising and well-developed business projects to create a new fork for the benefit of the entire community.

This mechanism will contribute to the development of the **ReCoin** cryptocurrency in an unlimited time frame fulfilling the current needs of the community of its holders and for the benefit of its financial success.