

Log In | Alerts | Mobile | Submit a Tip

HOME    NEWS    WEATHER    SPORTS    VIDEO    KHQ MD    INLAND NW PROS    NW DEALS    FIND IT

## REcoin ICO is a hit from the start: the first ever crypto currency hedged by real estate is selling out in droves

Posted: Aug 09, 2017 6:39 PM EDT

LAS VEGAS, CA - 08-09-2017 (Press Release Jet) -- The REcoin ICO has barely been launched, yet the new crypto currency, the first one ever to be hedged by real estate, is proving to be a raging success. On August 7 over the course of several days after the scheduled for 9:30 AM UTC launch of the ICO we've raised over $1.5 million in direct REcoin token purchases. Another $2.3 million is the projected earnings from real estate deals that are on the table as a result of the REcoin ICO success. The real estate industry professionals from all over the world are flocking to REcoin because for the first time in history they have the chance to become part of a blockchain based ecosystem designed and implemented specifically with the real estate community's needs in mind.

Another prove of the smashing success of the REcoin ICO is the fact that almost immediately after the start of the token pre-sale we began receiving requests for creating REcoin sidechains.

For the last several months we've tirelessly publicized the distinct advantages of building REcoin based sidechains, and our arguments were not left unheard. Firstly, and most importantly, the REcoin contract code is protected from an unauthorized creation of sidechains. Secondly, we are constantly at work selecting only the well-established and wholly reliable business projects for the creation of a new sidechain. After all, the creation of an authorized real estate-hedged REcoin sidechain should not only profit its owner but work for the benefit of the entire REcoin community.

"I don't mean to get all teary-eyed on you, says the REcoin Group founder Max Zaslavsky, - but we've been getting dozens of letters like this one for the last 36 hours, and it makes us immensely proud of our accomplishment. Let me just quote one:

Greetings! I'm the president of a medium sized development company throughout

Canada. I have a large portfolio in Canada for development projects. We

are working toward going public on the TSX and Nasdaq stock exchanges.

I believe I have some ideas on synergies for us to work together. […]. I would be

prepared to roll in the entire portfolio and help build your coin. Our

networks are strongest in Asia where you will need to be Strong...

It means that REcoin is something people have been waiting for. The real estate professionals, the developers, renters, and tenants - all are in agreement that REcoin opens a host of new opportunities for them."

The REcoin ICO is structured in a way, so that licensed real estate professionals may take advantage of the significant discounts offered to them during the initial stage of the ICO. The "early bird special" of 10,000,000 RCN at a15% discount (1RCN = $0.85) has generated tremendous interest in these circles but the time to get on this wagon is very short. The rest of the discount scheme looks so:

Next 15,000,000 RCN – discount of 12%, 1RCN = $0.88.

Next 20 000 000 RCN – discount of 9%, 1RCN = $0.91.

Next 25 000 000 RCN – discount of 6%, 1RCN = $0.94.

Next 30 000 000 RCN – discount of 3%, 1RCN = $0.97.

The subsequent sale of tokens will be at the following rate – 1RCN = $1.

What is REcoin?

The REcoin is a cryptocurrency powered by blockchain technology offering stability and a superior way of paying for goods and services and storing savings. It is designed to facilitate a broad range of financial transactions hedged by real estate investments in countries with developed and stable economy such as the United States, Canada, the U.K., Switzerland, Japan.

The REcoin ecosystem includes partnerships on various internet platforms improving the liquidity of REcoin. REcoin smart contracts as online legal instruments simplify and expedite real estate transactions.

REcoin is especially useful to the general public as a tool for a wide range of financial transactions, a method for reaching one's investment goals with the help of a stable, real estate hedged crypto currency.

REcoin is an indispensable instrument for tenants/buyers and sellers of real estate who may use REcoin in their real estate acquisitions and rental agreement payments. Licensed brokers may utilize

Case 1:17-cv-05725-RJD-RER   Document 1-22   Filed 09/29/17   Page 2 of 2 PageID #: 273

REcoin as an alternative means of financing and incorporate it into their daily practices. Service providers such as lawyers, real estate developers, architectural firms, and other real estate industry representatives may use REcoin to streamline financial operations between their organizations and their clients.

**Media Contacts:**

Company Name: REcoin
Full Name: Maksim Zaslavskiy
Phone: +1 702-359-1047
Email Address: Send Email
Website: https://101recoin.com

For the original news story, please visit https://pressreleasejet.com/news/REcoin-ICO-is-a-hit-from-the-start-the-first-ever-crypto-currency-hedged-by-real-estate-is-selling-out-in-droves.html.

Information contained on this page is provided by an independent third-party content provider. Frankly and this Site make no warranties or representations in connection therewith. If you are affiliated with this page and would like it removed please contact pressreleases@franklyinc.com