

Case 1:17-cv-05725-RJD-RER   Document 1-23   Filed 09/29/17   Page 2 of 12 PageID #: 275

## About REcoin

REcoin provides both investors and the average person a safer, more secure and superior alternative to storing their wealth in the form of digital currency.

REcoin is a new cryptocurrency alternative designed to accommodate a wide range of financial transactions and investment goals. Its security is ensured through the use of one of the soundest and most reliable currency backings there is real estate.

Many of those who are looking to invest their earnings face the dilemma of putting their savings into low-interest rate bank accounts or lacking other investment alternatives due to a lack of liquidity.

Today, no real commodities back the world's widely used currencies. Real estate backs REcoin in countries with a developed and stable economies such as the United States, Canada, the U.K., Japan and Switzerland.

### Discount scheme:

- The first 10, 000,000 REC - 15% discount, 1REC = 0,85 $
- The first 15, 000,000 REC - 12% discount, 1REC = 0,88 $
- The first 20,000,000 REC - 9% discount, 1REC = 0,91 $
- The first 25,000,000 REC - discount of 6%, 1REC = 0,94 $
- The first 30,000,000 REC - 3% discount, 1REC = 0,97 $
- Further sale is carried out at the rate of 1REC = 1 $

[ Discount scheme ⌄ ]

## Roadmap

&lt;    **1**        **2**        **3**    &gt;

**ICO**        **Establishment**



The first stage of the appearance and development of REcoin ecosystem

- Familiarization with the REcoin crypto currency
- Pre-sale of REcoin tokens

The second stage of development of the ecosystem REcoin

- Worldwide sale of REcoin tokens at a fixed exchange rate
- 1REC = 1USD
- Accumulation of funds in 101ReCoin Trust
- Investing in real estate
- Software development
- Testing and adapting the technical side of REcoin

Development and of the Ecosystem

The third stage of deve REcoin

- Introduction of REco turnover
- Increase in the volum
- Building a bonding m emission with the mi

## Publications about REcoin


































Show All

## Our Guarantees



REcoin's activities are in full compliance and governed by United States law.



100% of our proceeds from REcoin sales minus maintenance costs are invested into



New technical and economic solutions will be developed for the benefit of REcoin users.



In worst-case scenarios, The REcoin Trust guarantees a liquidity ratio of up



The REcoin wallet is secured by the latest cryptocurrency tools and designed to be

## The 101REcoin Trust

**The 101RecoinTrust is designed to ensure that all investment activities will be in the interest of REcoin holders and centered around the most profitable forms of real estate.**

REcoin is led by an experienced team of brokers, lawyers, and developers and invests its proceeds into global real estate based on the soundest strategies, including:

- Investment into properties with a stable income, short sales, foreclosures and real estate development in the world's leading economies.

- No dividends are paid out to any beneficiaries, meaning that 100% of the net profit from REcoin is reinvested into real estate, minus expenses, and maintenance.

- The society of REcoin holders control the cryptocurrency and vote for any investment decisions that have the potential of affecting 5% of REcoin's market value or more.

BUY RECOIN

## REcoin Advisory Board

An effective advisory board, properly composed and structured, can provide non-binding but informed guidance and serve as a tremendous ally in the quest for superior corporate governance. Only companies, that are part of REcoin Ecosystem can become members of the Advisory Board.

JOIN RECOIN ECOSYSTEM

## REcoin Ecosystem







**101news** - Unique news platform with users gamification

**101REbid** - An on-line platform for conducting auctions for the sale/lease of real estate

**101CoWork** - Internet service for finding/offering real estate services.





**101Mlt** - Real Estate management company

**101CoLiving** - Platform where people could find a place for co-living around the world

**101Adv** - Marketing agency for Real Estate and NGO companies




**101FundIt** - An online platform for crowdfunding in real estate

**101Mls** - A classified ads platform designed specifically for everyone who wants to buy/sell/rent/lease Real Estate

Show All

# Our Team



## Maksim Zaslavskiy

CEO, Founder

in

Max Zaslavsky, the founder, and CEO of the RECoin Group was born in Ukraine in 1979. In the early 90s, his parents moved to New York. Received MS in finance from Baruch College in 2003. By the time, he was finished with higher education he emerged an actual real estate opinion leader. In the late 90s, Max had realized the potential value of the IT sector and decided to combine his extensive expertise in real estate with the overwhelming digital technologies potential.

Having become an expert in equity management, constantly volunteering and participating in many different charities Max was not entirely fulfilled. He pursued law, and having received his LL.M. (Master of Laws) in 2005. Having extensive background in investment management and community service, it was obvious choice to join the investors and real estate entrepreneurs on a single platform with a blockchain based monetary system.



### Alex Moiseienko

Marketing Jedi Master
Linkedin profile



### Eugene Salitrynskiy

Development Team Lead
Linkedin profile



### Aleksandr Driga

Marketing and Legal Advisory
Linkedin profile



### Victoria Volovick

Marketing Advisory
Linkedin profile



## Technical Specification

**DOWNLOAD TECH WHITEPAPER**

Ethereum cryptocurrency code is used, which means the following options:

1. Use of blockchain technology.
2. The possibility of mining (using the proof-of-work protection method).
3. The ability to create and use smart contracts.

The technology of blockchain proved itself as perhaps the safest way of keeping records of transactions performed within a certain society, each member of which owns a copy of the database distributed among members of the given society.

Blockchain - a chain built from the formed blocks with records of all transactions. A copy of the Blockchain chain or its part is simultaneously stored on multiple computers and synchronized according to the formal rules for constructing the chain of blocks. The information in the blocks is not encrypted and is available in clear form, but is protected from cryptographic changes through hash chains. Thus, the Blockchain database is distributed (decentralized) and cryptographically protected (https://en.m.wikipedia.org/wiki/Blockchain).

The possibility of mining, which gives the use of the methodology of protection against false data and fraud PoW, is by far the most widespread and reliable cryptocurrency in the environment.

A proof of work is a piece of data which is difficult (costly, time-consuming) to produce but easy for others to verify and which satisfies certain requirements. Producing a proof of work can be a random process with low probability so that a lot of trial and error is required on average before a

valid proof of work is generated (https://en.bitcoin.it/wiki/Proof_of_work).

The minimum unit is **10^-4, or 0,0001 REC.**

The conclusion of the block will occur every 20.5s (Similar to the Ethereum software environment, https://bitinfocharts.com/en/ethereum/ ). The block volume limit is 12 KBytes.

**BUY RECOIN**

## SideChains REcoin



It is stipulated in the code of REcoin that for creating sidechains REcoin, it is necessary to have a smart wallet with AltCoin in the amount of 1,000 ALTC.

AltCoin is tokens designed to protect the REcoin cryptocurrency from creating uncontrolled sidechains. Their total emission is 100,000 ALTC.

The mechanism of the ratio of the mining of the newly created sidechain and REcoin is similar to the process of mining REcoin.

**ALTC distribution mechanis**

**1** The owner of AltCoin at the time of their issue is the REcoin Foundation. The issue is one-time operation; there is no additional issue of AltCoin.

**2** The applicant for the creation of the sidechain submits an application to the REcoin Foundation, which includes a full description of the future project, mathematical calculations, and business processes.

**3** The REcoin Foundation considers the application and, in the case of approval, transfers the required amount of 1000 ALC to the applicant, which makes it possible to create a sidechain.

Case 1:17-cv-05725-RJD-RER Document 1-23 Filed 09/29/17 Page 11 of 12 PageID #: 284

## REcoin Social Orientation

Creators of ReCoin consider charity an important part of the existence of ReCoin society.

The right to charitable assistance is provided by:

1. Charitable Foundation Live Love Laugh Global, 2% annual mining.
2. The largest world charitable organizations, 1.5% of the transaction commission (0.15% of each organization):
3. Regional associations of charitable foundations that distribute grants in their region - 6 associations, each proportion is proportional to the population of the region, 4%:

- **Asian** association of charitable foundations - **there are 59,6%** of total Earth population, **share of comission - 2,5%.**
- **African** association of charitable foundations - **there are 16,6%** of total Earth population, **share of comission - 0,8%.**
- **European** association of charitable foundations - **there are 9,8%** of total Earth population, **share of comission - 0,5%.**
- **Latin American** association of charitable foundations - **there are 8,6%** of total Earth population, **share of comission - 0,45%.**
- **North American** association of charitable foundations - **there are 4,8%** of total Earth population, **share of comission - 0,2%.**
- Regional association of charitable foundations **of Oceania - there are 0,1%** of total Earth population, **share of comission - 0,05%.**

Regional associations of charitable foundations will be managed by boards of directors, each of which will be selected based on his experience in this field, personal qualities, a vision of the work of the association and an understanding of its needs. The function of regional associations will be to distribute the budget by providing grants to charitable organizations for specific programs and projects.

**BUY RECOIN**



FOLLOW US

CONTACTS

+1 (702) 359-1047

info@101recoin.com

Las Vegas,
NV, 89131, USA

SUBSCRIBE TO OUR NEWSLETTER

E-mail    >

Recoin Group © 2017                    Our EIN: 82-2294081