info@drc.world (mailto:info@drc.world) +1(323) 834-8383 (tel:+13238348383)
Referral program (https://drc.world/en/referral_program)

(https://www.facebook.com/DRC-World-800277530031834/) (https://twitter.com/...) (https://www.linkedin.com/...) (https://www.reddit.com/r/DRCWorld/)

(https://drc.world/en)

(HTTPS://DRC.WORLD/EN/PROFILE) (HTTPS://DRC.WORLD/EN/LOGOUT)

# WELCOME TO DRC

*The Business Club with multilevel membership and unique benefits*

## You dropped a diamond while picking up pennies

Case 1:17-cv-05725-RJD-RER   Document 1-25   Filed 09/29/17   Page 2 of 6 PageID #: 300

# HISTORY & PLANS

*July 2016*   *January 2017*   *July 2017*

**1**   **2**   **3**   **4**

**The DRC concept is formulated**

**The DRC ecosystem is at the pre-launch stage**

**The DRC advertising campaign is launched**

To be

# DIAMOND RESERVE CLUB



From time immemorial, belonging to an elite select group of individuals meant first and foremost the right of access. Looking at just about any membership-based club, we can discern one distinctive pattern: be it a craggy college fraternity or the legendary Union Club, tracing its origins to 1836 when a number of leading New Yorkers, including ex-mayor Philip Hone, invited two hundred and fifty "gentlemen of social distinction" to join, the purpose behind every such formation is, at least on some level, to separate us from them, those who are from those who wish they'd be, those in the know from those on the need to know basis.

The DRC is a Business Club which is founded and self-financed by the humanitarian, philanthropist, and entrepreneur Max Zaslavskiy is the answer to the question of exclusivity in the ever-widening tokenized membership pool. It only took a few years for the world to go mad for crypto and it's time to refine the offer in such a way that will separate toy-tokens from digital entities that provide DRC members with the real right of access to the most modern, most timely, most useful benefits.

MEMBERSHIP BENEFITS
(HTTPS://DRC.WORLD/EN/BENEFITS)

MEMBERSHIP
(HTTPS://DRC.WORLD/EN/MEMBERSHIP_TOKEN)

# ECOSYSTEM/PARTNERS

We define "ecosystem" as a self-sustaining community of businesses coexisting in conjunction in a tokenized digital environment, interacting as a system. The Diamond Reserve Club's ecosystem is defined by the network of interactions among members in tokenized digital environment, therefore it's unlimited in physical space and zones of influence.

The four levels of the DIamond Reserve Club's ecosystem are:

- Our wholly-owned subsidiary projects, which we've nurtured from the cradle all the way to the big time on the Club's blockchain;
- Affiliate partners and projects we ourselves are heavily invested in, and invite the rest of the ecosystem to do the same;
- Businesses and charitable organizations that share our message to the world and are ready to join ranks with us to deliver that message and prosper together;
- Businesses ready to present the Diamond Reserve Club members with discounted goods and services regardless of the said businesses' relationship with the Club;

   

101LEGO is a media holding, each of parts covering a different life sector and providing an opportunity to earn tokens while using the platform and

101ADV is a full-service marketing digital agency.

MLTHUB is a reward crowdfunding platform for ICO promotion. It offers not only listing services, but also assists with advertising and

101COWORK - MLS for search of joint tenants and shared lease of coworkings space.

(mailto:info@drc.world)



101COLIVING - MLS for search of joint tenants and shared residential lease.

101MLS – MLS for sale and lease of commercial property.

Always looking for new partners.

Case 1:17-cv-05725-RJD-RER Document 1-25 Filed 09/29/17 Page 5 of 6 PageID #: 303

MORE

# NEWS





### Start of IMO for DRC

Hey all, we're super excited to bring you this news today: the Initial Membership Offering (#IMO) for the long-awaited Diamond Reserve Club with tokenized

31.08.2017 (https://www.facebook.com/800277530031834/photos/a.1214344271958489.1073741828.800277530031834/1533085713417675/?type=3)

### Hedging Your Bets: New Diversification Models for Crypto Investors

It's no secret that cryptocurrency markets are volatile. Anyone who has had skin in the game for the last year has seen the waves of highs and lows come and go, even

05.09.2017 (https://www.facebook.com/permalink.php?story_fbid=1533768820016031&id=800277530031834)



### GJEPC welcomes increase in De Beers' marketing spend

Praveenshankar Pandya, Chairman, Gems and Jewellery Export Promotion Council (GJEPC), has welcomed the decision of the world's leading diamond company, De

06.09.2017

(https://www.facebook.com/permalink.php?story_fbid=1533772636682316&id=800277530031834)

READ MORE (HTTPS://BLOG.DRC.WORLD)

---

DIAMOND RESERVE CLUB © 2017     EIN: 66-0886101

PRIVACY POLICY (HTTPS://DRC.WORLD/EN/PRIVACY_POLICY)
TERMS AND CONDITIONS (HTTPS://DRC.WORLD/EN/TERMS_AND_CONDITIONS)

(HTTPS://TWITTER.COM/DRCWORLD/)
(HTTPS://WWW.FACEBOOK.COM/REDDIT.COM/R/DRCWORLD/)
(HTTPS://WWW.FACEBOOK.COM/800277530031834/)