Case 1:17-cv-05725-RJD-RER   Document 1-27   Filed 09/29/17   Page 1 of 16 PageID #: 308

|  |  |  |  |  |  | BTC/USD | BCH/USD | menu |
|---|---|---|---|---|---|---|---|---|
|  | Start here | News | Forum | Games |  |  |  |  |
|  |  |  |  |  | WBF London | PSA | $3702.10 ▲ | $435.82 ▼ |



```
Search
```

- Login
- Register

## Login or create your forum account using social media!

Powered by OneAll Social Login

- 
  - 
  - Unanswered topics
  - Active topics
  - 
  - bitcoin.com links
    - www.bitcoin.com
    - Bitcoin News
    - Bitcoin Casino [NEW]
    - Bitcoin Store [NEW]
    - Mining Bitcoin
    - Bitcoin.com podcast
    - Bitcoin Tools
    - Bitcoin Wiki
  - Reddit
  - Live Chat
- The Bitcoin Forum Index  Other  Altcoins / Alternative Cryptocurrencies  REcoin

# [ANN][Pre - ICO] REcoin - the first cryptocurrency backed by real estate

**Forum rules**
*ALL* REcoin threads and posts MUST be posted in here. If any REcoin threads or posts are posted elsewhere on the forum the poster will be banned for REcoin spamming.

Post Reply

- Print view

```
Search this topic…
```

207 posts

- Page **6** of **7**
  - Jump to page:
  -          Go
- 
- 1
- …
- 3
- 4
- 5
- 6
- 7
- 

Emily_Green99
Nickel Bitcoiner



**Posts:** 16
**Joined:** Sun Jul 16, 2017 1:59 pm
**Reputation:** 0

❎  Donate BTC of your choice to 98765432112345678900

## Re: [ANN][Pre - ICO] REcoin - the first cryptocurrency backed by real estate

- Post reputation: 0
- Quote

Mon Sep 11, 2017 9:01 pm

*REcoin wrote:*

Start here | News | Forum | Games        WBF London   PSA   BTC/USD $3702.10 ▲   BCH/USD $435.82 ▼   menu

## IMPORTANT!!! URGENTLY!!!
## OFFICIAL STATEMENT FOUNDER AND CEO OF THE RECOIN GROUP MAX ZASLAVSKY

**My fellow REcoin investors, real estate professionals and cryptocurrency enthusiasts!**

For the last year, we've strived to tune the communications channels between the REcoin team and you, our investors and partners, in such a way that would create unbridled levels of openness in information exchanges to help you get genuinely excited about the REcoin project. I'm proud to say that it's worked out very well so far and I hope we'll manage to keep the atmosphere of trust that's been well established within our community clear of any conjectures.

On August 7, REcoin went live raising over $1.5 million in direct REcoin token purchases during the first three days of the presale. The trust in our project became so vast that another $2.3 million in expected earnings were generated as a result of the REcoin pre-sale success.

Unfortunately, at that point the US government did what it does best - interfered. In no uncertain terms, it let us know that we're not allowed to take steps to maintain the level of liquidity of our real estate holdings to keep your investments safe and secure, and our community truly decentralized and rid of any outside influence.

However, the good news, my fellow REcoin holders and investors, is that we're not going to let your tremendous faith in our collective project, its strategic goals, and tactical objectives go to waste. We all want to make the world a better, safer, freer place where we don't have to rely on the quirks of The Man to advance our ideas for the benefit of the entire planet.

With that in mind, I'm proud to announce the creation of the exclusive Diamond Reserve Club with tokenized membership for current REcoin owners. After all, the diamonds are forever, especially stored in secure locations in the United States and fully insured for their full value. This way they are truly not susceptible to any government manipulations.

Diamonds have high aesthetic value and are relatively easy to transport. Diamonds are actually the most concentrated way to store wealth. A high quality diamond with a mass of 2-3 grams can have the same value as 100 kilograms of gold.

Diamonds are quite scarce and natural colored diamonds are the scarcest among diamonds. Out of more than 120 million carats that are mined every year, only less than a quarter of them will be of gem quality. Out of gem quality diamonds, only one in a few hundreds of thousands possesses enough color to be classified as a natural fancy color diamond.

The Diamond Reserve Club members will be able to exchange their tokens for physical diamonds on the Club's platform in real time and hassle free.

The Club members remain entitled to all the opportunities and benefits they were promised at the time of joining the REcoin community. All the referral programs remain in place (and we've lifted the condition of having a real estate broker license to be able to take advantage of them), you're now going to be able to use smart contracts not only in real estate but in every facet of commerce, in which the Club is going to be engaged. All the bulletproof technological aspects of the token, the hedging, the mining, the sidechain policies, the partner programs and charitable activities - as the "Led Zeppelin" would put it, "The Song Remains The Same".

Naturally, everyone of our investors is entitled to a full refund, should they wish to claim it. Your funds are safe and secure, and are available for withdrawal at any moment, no questions asked. But we do encourage you to stay with the project and watch your tokens, so to speak, turn into diamonds.

All of your REcoin holdings will be seamlessly converted into Diamond Reserve Coin (DRC) at the rates favorable to you, my fellow REcoin investors! As our early supporters who gave the vote of confidence to a barely feathered startup, saw true value in REcoin and purchased first tokens as soon as the pre-sale started, at the time of conversion of your REcoin into DRC you get our undying gratitude along with 10% bonus in DRC. Just as is REcoin, DRC is powered by blockchain technology, offering a superior alternative to storing value in fiat currencies and we really wish to see you continue to take full advantage of this amazing technology.

As a REcoin holder, you are automatically entitled to the multi-level membership in the Diamond Reserve Club, meaning, the more tokens you own, the greater your access to the membership benefits is going to become.

For instance, a certain amount of tokens will make you eligible for the exclusive right of full access to the Club's most valuable partnering platform - the 101Lego creative communications holding with all of its know-how available to you on all of the holding's 18 (eighteen) platforms. You get to draw from the well of wisdom end experience of the 101Lego's stellar staff of professionals, its extensive client list is at your disposal, its affiliate partners are waiting for your call, and its database is ready for your business.

As you keep climbing the token ladder, you'll get full access to the rest of the DRC ecosystem, unlock all platforms and gain access to exclusive listings. You'll be able to take full advantage of such highly sought-after digital products as smart contracts and pay for them with your newly acquired autonomous digital financial instrument - the Diamond Reserve Coin.

Stated clearly, the goals of the Diamond Reserve Club are:
- to offer unique opportunities and benefits to former REcoin holders, current Diamond Reserve Club Members;
- to indefinitely prolong the lifespan and development of the Diamond Reserve Coin to increase its liquidity, visibility, enhance its credibility worldwide;
- to propagate the DRC as a new blockchain based proprietary instrument for a variety of financial transactions, database, and listings creation;

The Diamond Reserve Club reserves the right to carry out all necessary actions with the aim of creating and developing the DRC image and supporting its reputation by carefully screening each DRC member. Such actions include:
1. Hedging DRC membership tokens by physical diamonds;
2. Creation and development the Diamond Reserve Club's infrastructure;
3. Organizing of private and club events, conferences, talks, seminars, gatherings for the DRC members;
4. Search for partners and expansion of service packages and offers to the DRC members;
5. Consulting services to the DRC members;
6. Evaluation and admission of affiliate partnerships into the DRC ecosystem;
7. Prequalifying and auditing applications for the creation of DRC sidechains;
8. Development of technological solutions improving the DRC software as well as further enhancement of the blockchain;
9. Development of new templates for smart contracts, databases, listings, and the expansion of their use;

10. Involvement in all charitable, legal, social, and socio-economical aspects of the DRC community life;
11. Promotion and support of the Diamond Reserve Club and enforcing the compliance with Club bylaws, Membership Rules, and Regulations;

It is a glorious and exciting time, everybody! I hope we all enjoy it, cease the opportunity it brings us, and remain partners, colleagues and friends for many, many prosperous years to come!

**Yours very truly,**

**Max Zaslavsky**

- Share on Facebook
- Share on Twitter
- Share on Digg
- Share on Reddit
- Share on Google+

Emily_Green99
Nickel Bitcoiner

Posts: 16
Joined: Sun Jul 16, 2017 1:59 pm
Reputation: 0

Donate BTC of your choice to 98765432112345678900

### Re: [ANN][Pre - ICO] REcoin - the first cryptocurrency backed by real estate

- Post reputation: 0
- Quote

Mon Sep 11, 2017 9:03 pm

I had bought Recoin coins a little bit earlier. I am interested in the information how can I replace these coins with DRC coins?

- Share on Facebook
- Share on Twitter
- Share on Digg
- Share on Reddit
- Share on Google+

KathPine
Posts: 3
Joined: Wed Aug 09, 2017 8:38 pm
Reputation: 0

### Re: [ANN][Pre - ICO] REcoin - the first cryptocurrency backed by real estate

- Post reputation: 0
- Quote

Mon Sep 11, 2017 10:08 pm

*Emily_Green99 wrote:* I had bought Recoin coins a little bit earlier. I am interested in the information how can I replace these coins with DRC coins?

Oh, yes, I'm interested in this too! If there is information, please share it!

- Share on Facebook
- Share on Twitter
- Share on Digg
- Share on Reddit
- Share on Google+

helga22richter
Posts: 5
Joined: Mon Sep 11, 2017 10:56 pm
Reputation: 0

### Re: [ANN][Pre - ICO] REcoin - the first cryptocurrency backed by real estate

- Post reputation: 0
- Quote

Start here | News | Forum | Games    WBF London   PSA   BTC/USD $3702.10 ▲   BCH/USD $435.82 ▼   menu

Mon Sep 11, 2017 11:17 pm

I don't understand why we MUST change real estate on diamonds? Or our tokens will be refunded? I feel so disappointed.

- Share on Facebook
- Share on Twitter
- Share on Digg
- Share on Reddit
- Share on Google+


victoria.tompson
Posts: 6
Joined: Mon Sep 11, 2017 11:00 pm
Reputation: 0

### Re: [ANN][Pre - ICO] REcoin - the first cryptocurrency backed by real estate

- Post reputation: 0
- Quote

Mon Sep 11, 2017 11:21 pm

I registered here to ask you what you think about it?
The idea of REcoin - REAL ESTATE - inspired me so much, and what we have now?
I think that the founders hat to think about modernizing, but not about cancellation and revolution. Who thinks the same?

- Share on Facebook
- Share on Twitter
- Share on Digg
- Share on Reddit
- Share on Google+

MaximillianNorm
Posts: 6
Joined: Tue Jul 18, 2017 1:34 am
Reputation: 0

### Re: [ANN][Pre - ICO] REcoin - the first cryptocurrency backed by real estate

- Post reputation: 0
- Quote

Mon Sep 11, 2017 11:34 pm

I think they buried a great idea of basing this on real estate, which was the thing that got the trust of so many investors.

- Share on Facebook
- Share on Twitter
- Share on Digg
- Share on Reddit
- Share on Google+

Scout Georgenson
Posts: 8
Joined: Mon Sep 11, 2017 11:30 pm
Reputation: 0

### Re: [ANN][Pre - ICO] REcoin - the first cryptocurrency backed by real estate

- Post reputation: 0
- Quote

Mon Sep 11, 2017 11:34 pm

Well met, how do you guys think, does the cycle of DRC begins?

| | Start here | News | Forum | Games | | WBF London | PSA | BTC/USD $3702.10 ▲ | BCH/USD $435.82 ▼ | menu |
|---|---|---|---|---|---|---|---|---|---|---|

- Share on Facebook
- Share on Twitter
- Share on Digg
- Share on Reddit
- Share on Google+

---

Scout Georgenson
Posts: 8
Joined: Mon Sep 11, 2017 11:30 pm
Reputation: 0

### Re: [ANN][Pre - ICO] REcoin - the first cryptocurrency backed by real estate

- Post reputation: 0
- Quote

Mon Sep 11, 2017 11:36 pm

> victoria.tompson wrote:I registered here to ask you what you think about it?
> The idea of REcoin - REAL ESTATE - inspired me so much, and what we have now?
> I think that the founders hat to think about modernizing, but not about cancellation and revolution. Who thinks the same?

I have to agree with your point of view, Victoria! That was exactly the goal for everyone, who got their money invested into the REcoin!

- Share on Facebook
- Share on Twitter
- Share on Digg
- Share on Reddit
- Share on Google+

---

karasurizero
Nickel Bitcoiner
Posts: 25
Joined: Mon Jun 12, 2017 8:50 pm
Reputation: 0

### Re: [ANN][Pre - ICO] REcoin - the first cryptocurrency backed by real estate

- Post reputation: 0
- Quote

Tue Sep 12, 2017 7:58 am

I liked the idea of real estate and it was really good. I believe that the creators did not go away from this so easily and find a way out. It is not right. Now you will try with diamonds and if something goes wrong again change direction again? I don't like it and what happened at all

- Share on Facebook
- Share on Twitter
- Share on Digg
- Share on Reddit
- Share on Google+

---

alinadixon11
Nickel Bitcoiner
Posts: 13
Joined: Thu Jul 06, 2017 11:22 pm
Reputation: 0

### Re: [ANN][Pre - ICO] REcoin - the first cryptocurrency backed by real estate

- Post reputation: 0
- Quote

Tue Sep 12, 2017 8:01 am

> victoria.tompson wrote:I registered here to ask you what you think about it?
> The idea of REcoin - REAL ESTATE - inspired me so much, and what we have now?
> I think that the founders hat to think about modernizing, but not about cancellation and revolution. Who thinks the same?

I also like this project only because of its main idea (real estate). But they didn't have any choice. Activity within the law is more important than their idea.

- Share on Facebook
- Share on Twitter
- Share on Digg
- Share on Reddit
- Share on Google+

mamindo
Posts: 5
Joined: Mon Jul 17, 2017 12:27 pm
Reputation: 0

### Re: [ANN][Pre - ICO] REcoin - the first cryptocurrency backed by real estate

- Post reputation: 0
- Quote

Tue Sep 12, 2017 8:47 am

*karasurizero wrote:* I liked the idea of real estate and it was really good. I believe that the creators did not go away from this so easily and find a way out. It is not right. Now you will try with diamonds and if something goes wrong again change direction again? I don't like it and what happened at all

if they really had the opportunity, they would have fixed everything without changing the idea.

- Share on Facebook
- Share on Twitter
- Share on Digg
- Share on Reddit
- Share on Google+

MadlenKost
Posts: 3
Joined: Thu Aug 10, 2017 6:08 pm
Reputation: 0

### Re: [ANN][Pre - ICO] REcoin - the first cryptocurrency backed by real estate

- Post reputation: 0
- Quote

Tue Sep 12, 2017 9:20 am

Initially I became interested in Recoin precisely because it was backed by real estate. For me this was the main argument to investing money. I think that it is not right to lose the original idea of the project. Was there no other way out?

- Share on Facebook
- Share on Twitter
- Share on Digg
- Share on Reddit
- Share on Google+

Emily_Green99
Nickel Bitcoiner
Posts: 16
Joined: Sun Jul 16, 2017 1:59 pm
Reputation: 0

Donate BTC of your choice to 98765432112345678900

### Re: [ANN][Pre - ICO] REcoin - the first cryptocurrency backed by real estate

- Post reputation: 0
- Quote

Tue Sep 12, 2017 7:00 pm

| Start here | News | Forum | Games | | WBF London | PSA | BTC/USD $3702.10 ▲ | BCH/USD $435.82 ▼ | menu |
|---|---|---|---|---|---|---|---|---|---|

*MaximillianNorm wrote:* I think they buried a great idea of basing this on real estate, which was the thing that got the trust of so many investors.

Do you think that DRC doesn't have a future? Explain your point of view because it is a fairly tricky one.

- Share on Facebook
- Share on Twitter
- Share on Digg
- Share on Reddit
- Share on Google+

---

**helga22richter**
Posts: 5
Joined: Mon Sep 11, 2017 10:56 pm
**Reputation:** 0

### Re: [ANN][Pre - ICO] REcoin - the first cryptocurrency backed by real estate

- Post reputation: 0
- Quote

Tue Sep 12, 2017 7:59 pm

*MadlenKost wrote:* Initially I became interested in Recoin precisely because it was backed by real estate. For me this was the main argument to investing money. I think that it is not right to lose the original idea of the project. Was there no other way out?

Yes, real estate as a base is brilliant idea, but USA law is too strick.

- Share on Facebook
- Share on Twitter
- Share on Digg
- Share on Reddit
- Share on Google+

---



**victoria.tompson**
Posts: 6
Joined: Mon Sep 11, 2017 11:00 pm
**Reputation:** 0

### Re: [ANN][Pre - ICO] REcoin - the first cryptocurrency backed by real estate

- Post reputation: 0
- Quote

Tue Sep 12, 2017 10:02 pm

> helga22richter wrote:
>
>> *MadlenKost wrote:* Initially I became interested in Recoin precisely because it was backed by real estate. For me this was the main argument to investing money. I think that it is not right to lose the original idea of the project. Was there no other way out?
>
> Yes, real estate as a base is brilliant idea, but USA law is too strick.

why did they start to develop this idea of real estate?
they didn't know the law - you say?
no
they knew, but they didn't told us about possible results
they just need a modernization

- Share on Facebook
- Share on Twitter
- Share on Digg
- Share on Reddit
- Share on Google+

Start here | News | Forum | Games    WBF London   PSA   BTC/USD $3702.10   BCH/USD $435.82   menu

Scout Georgenson
Posts: 8
Joined: Mon Sep 11, 2017 11:30 pm
Reputation: 0

### Re: [ANN][Pre - ICO] REcoin - the first cryptocurrency backed by real estate

- Post reputation: 0
- Quote

Tue Sep 12, 2017 11:47 pm

> victoria.tompson wrote:
>> helga22richter wrote:
>>> MadlenKost wrote:Initially I became interested in Recoin precisely because it was backed by real estate. For me this was the main argument to investing money. I think that it is not right to lose the original idea of the project. Was there no other way out?
>>
>> Yes, real estate as a base is brilliant idea, but USA law is too strick.
>
> why did they start to develop this idea of real estate?
> they didn't know the law - you say?
> no
> they knew, but they didn't told us about possible results
> they just need a modernization

Too easy to predict it, however, could you explain how the process of transferring coins is going to happen?

- Share on Facebook
- Share on Twitter
- Share on Digg
- Share on Reddit
- Share on Google+

karasurizero
Nickel Bitcoiner
Posts: 25
Joined: Mon Jun 12, 2017 8:50 pm
Reputation: 0

### Re: [ANN][Pre - ICO] REcoin - the first cryptocurrency backed by real estate

- Post reputation: 0
- Quote

Wed Sep 13, 2017 7:36 am

> mamindo wrote:
>> karasurizero wrote:I liked the idea of real estate and it was really good. I believe that the creators did not go away from this so easily and find a way out. It is not right. Now you will try with diamonds and if something goes wrong again change direction again? I don't like it and what happened at all
>
> if they really had the opportunity, they would have fixed everything without changing the idea.

but that all looking like a very bad idea. real estate creates an impression of reliability, but diamonds is just a stone with high price

- Share on Facebook
- Share on Twitter
- Share on Digg
- Share on Reddit
- Share on Google+

**MadlenKost**
Posts: 3
Joined: Thu Aug 10, 2017 6:08 pm
**Reputation:** 0

Start here | News | Forum | Games        WBF London   PSA   BTC/USD $3702.10 ▲   BCH/USD $435.82 ▼   menu

## Re: [ANN][Pre - ICO] REcoin - the first cryptocurrency backed by real estate

- Post reputation: 0
- Quote

Wed Sep 13, 2017 8:03 am

*victoria.tompson wrote:*I registered here to ask you what you think about it?
The idea of REcoin - REAL ESTATE - inspired me so much, and what we have now?
I think that the founders hat to think about modernizing, but not about cancellation and revolution. Who thinks the same?

I definitely agree with your opinion. The main idea of Recoin was really perspective

- Share on Facebook
- Share on Twitter
- Share on Digg
- Share on Reddit
- Share on Google+

---

**mamindo**
Posts: 5
Joined: Mon Jul 17, 2017 12:27 pm
**Reputation:** 0

## Re: [ANN][Pre - ICO] REcoin - the first cryptocurrency backed by real estate

- Post reputation: 0
- Quote

Wed Sep 13, 2017 8:23 am

*karasurizero wrote:*

> *mamindo wrote:*
>
>> *karasurizero wrote:*I liked the idea of real estate and it was really good. I believe that the creators did not go away from this so easily and find a way out. It is not right. Now you will try with diamonds and if something goes wrong again change direction again? I don't like it and what happened at all
>
> if they really had the opportunity, they would have fixed everything without changing the idea.

but that all looking like a very bad idea. real estate creates an impression of reliability, but diamonds is just a stone with high price

I disagree. Diamonds are a good investment, any jewelry. they will always be in price and they will be bought, the price of them grows, as well as real estate, but does not depend on any factors that often occur with real estate.

- Share on Facebook
- Share on Twitter
- Share on Digg
- Share on Reddit
- Share on Google+

---

**MaximillianNorm**
Posts: 6
Joined: Tue Jul 18, 2017 1:34 am
**Reputation:** 0

## Re: [ANN][Pre - ICO] REcoin - the first cryptocurrency backed by real estate

- Post reputation: 0
- Quote

Wed Sep 13, 2017 9:31 am

> helga22richter wrote: I don't understand why we MUST change real estate on diamonds? Or our tokens will be refunded? I feel so disappointed.

Even though thy will refund it, the project is not just the same, as real estate was a much better asset to invest in.

- Share on Facebook
- Share on Twitter
- Share on Digg
- Share on Reddit
- Share on Google+

Scout Georgenson
Posts: 8
Joined: Mon Sep 11, 2017 11:30 pm
Reputation: 0

### Re: [ANN][Pre - ICO] REcoin - the first cryptocurrency backed by real estate

- Post reputation: 0
- Quote

Wed Sep 13, 2017 2:02 pm

The new DRC technology was created with only intention to reabsorb old one(RE), that's all, isn't it?

- Share on Facebook
- Share on Twitter
- Share on Digg
- Share on Reddit
- Share on Google+

Jeffconor26
Nickel Bitcoiner

Posts: 10
Joined: Mon Jul 24, 2017 1:49 pm
Reputation: 0

### Re: [ANN][Pre - ICO] REcoin - the first cryptocurrency backed by real estate

- Post reputation: 0
- Quote

Wed Sep 13, 2017 7:35 pm

> mamindo wrote:
>> karasurizero wrote:
>>> mamindo wrote:
>>> if they really had the opportunity, they would have fixed everything without changing the idea.
>>
>> but that all looking like a very bad idea. real estate creates an impression of reliability, but diamonds is just a stone with high price
>
> I disagree. Diamonds are a good investment, any jewelry. they will always be in price and they will be bought, the price of them grows, as well as real estate, but does not depend on any factors that often occur with real estate.

I totally agree with you it's true. Diamond and jewelry are really good investment.

- Share on Facebook
- Share on Twitter
- Share on Digg
- Share on Reddit
- Share on Google+

katepagava

Nickel Bitcoiner

Start here | News | Forum | Games    WBF London   PSA   BTC/USD $3702.10 ▲   BCH/USD $435.82 ▼   menu

**Posts:** 67
**Joined:** Tue Jun 13, 2017 8:47 pm
**Reputation:** 0

### Re: [ANN][Pre - ICO] REcoin - the first cryptocurrency backed by real estate

- Post reputation: 0
- Quote

Thu Sep 14, 2017 8:22 pm

For a few weeks I haven't read this page. Have I missed smthg? Where is those amazing idea with the real estate??

- Share on Facebook
- Share on Twitter
- Share on Digg
- Share on Reddit
- Share on Google+

---

alinadixon11
Nickel Bitcoiner

**Posts:** 13
**Joined:** Thu Jul 06, 2017 11:22 pm
**Reputation:** 0

### Re: [ANN][Pre - ICO] REcoin - the first cryptocurrency backed by real estate

- Post reputation: 0
- Quote

Thu Sep 14, 2017 9:18 pm

> Jeffconor26 wrote:
>> mamindo wrote:
>>> karasurizero wrote:
>>> but that all looking like a very bad idea. real estate creates an impression of reliability, but diamonds is just a stone with high price
>>
>> I disagree. Diamonds are a good investment, any jewelry. they will always be in price and they will be bought, the price of them grows, as well as real estate, but does not depend on any factors that often occur with real estate.
>
> I totally agree with you it's true. Diamond and jewelry are really good investment.

Stability of the diamonds price is advantage and disadvantage. Investing your money in diamonds, you are unlikely to lose them and are unlikely to suddenly become rich

- Share on Facebook
- Share on Twitter
- Share on Digg
- Share on Reddit
- Share on Google+

---

Scout Georgenson
**Posts:** 8
**Joined:** Mon Sep 11, 2017 11:30 pm
**Reputation:** 0

### Re: [ANN][Pre - ICO] REcoin - the first cryptocurrency backed by real estate

- Post reputation: 0
- Quote

Thu Sep 14, 2017 11:58 pm

Zaslavky does his best for the Diamond world, can anyone catch the DRC king?

- Share on Facebook
- Share on Twitter
- Share on Digg
- Share on Reddit
- Share on Google+

Start here | News | Forum | Games       WBF London   PSA   BTC/USD $3702.10 ▲   BCH/USD $435.82 ▼   menu

Emily_Green99
Nickel Bitcoiner

**Posts:** 16
**Joined:** Sun Jul 16, 2017 1:59 pm
**Reputation:** 0

Donate BTC of your choice to 98765432112345678900

### Re: [ANN][Pre - ICO] REcoin - the first cryptocurrency backed by real estate

- Post reputation: 0
- Quote

Fri Sep 15, 2017 12:45 am

*katepagava wrote:* For a few weeks I haven't read this page. Have I missed smthg? Where is those amazing idea with the real estate??

That wonderful idea did not correspond to American laws so the founder began to change Recoin for the better DRC.

- Share on Facebook
- Share on Twitter
- Share on Digg
- Share on Reddit
- Share on Google+


victoria.tompson
**Posts:** 6
**Joined:** Mon Sep 11, 2017 11:00 pm
**Reputation:** 0

### Re: [ANN][Pre - ICO] REcoin - the first cryptocurrency backed by real estate

- Post reputation: 0
- Quote

Fri Sep 15, 2017 12:54 am

*Scout Georgenson wrote:* Well met, how do you guys think, does the cycle of DRC begins?

Because of information about the creation of the exclusive Diamond Reserve Club with tokenized membership for current REcoin owners, I think this cycle will be 50\50 similar like REcoin-cycle
or I'm not right, Scout?

- Share on Facebook
- Share on Twitter
- Share on Digg
- Share on Reddit
- Share on Google+

mamindo
**Posts:** 5
**Joined:** Mon Jul 17, 2017 12:27 pm
**Reputation:** 0

### Re: [ANN][Pre - ICO] REcoin - the first cryptocurrency backed by real estate

- Post reputation: 0
- Quote

Fri Sep 15, 2017 7:39 am

> alinadixon11 wrote:
>> Jeffconor26 wrote:
>>> mamindo wrote:
>>>> I disagree. Diamonds are a good investment, any jewelry. they will always be in price and they will be bought, the price of them grows, as well as real estate, but does not depend on any factors that often occur with real estate.
>>>
>>> I totally agree with you it's true. Diamond and jewelry are really good investment.
>>
>> Stability of the diamonds price is advantage and disadvantage. Investing your money in diamonds, you are unlikely to lose them and are unlikely to suddenly become rich

that what we can say about all type of investing

- Share on Facebook
- Share on Twitter
- Share on Digg
- Share on Reddit
- Share on Google+

---

**bakerlisa510**
Posts: 5
Joined: Sun Jul 09, 2017 12:24 pm
Reputation: 0

### Re: [ANN][Pre - ICO] REcoin - the first cryptocurrency backed by real estate

- Post reputation: 0
- Quote

Fri Sep 15, 2017 8:04 am

Bitcoin is blood diamonds of future...

- Share on Facebook
- Share on Twitter
- Share on Digg
- Share on Reddit
- Share on Google+

---

**TonyMark**
Posts: 5
Joined: Mon Jul 10, 2017 9:11 am
Reputation: 0

### Re: [ANN][Pre - ICO] REcoin - the first cryptocurrency backed by real estate

- Post reputation: 0
- Quote

Fri Sep 15, 2017 8:07 am

Bitcoin does the fact that the cybercurrency is primarily used for criminal purposes but that can be fixed soon by any law or something,

but i think it is really easy to use for online transactions 😃 and i am not some kind of criminal or something....
Peace %%%%

- Share on Facebook
- Share on Twitter
- Share on Digg
- Share on Reddit
- Share on Google+



Display posts from previous:
All posts

Sort by
Post time

Ascending

Go

Post Reply

- Print view

207 posts

- Page 6 of 7
  - Jump to page:
  - Go
-
- 1
- …
- 3
- 4
- 5
- 6
- 7
-

Return to "REcoin"

Jump to

- Bitcoin
- AMA - Ask Me Anything
- Bitcoin Discussion
- Legal
- Press
- Meetups
- Important Announcements
- Wallets
- Exchanges
- Development & Technical Discussion
- Full clients
- Bitcoin Core
- Bitcoin XT
- Bitcoin Classic
- Bitcoin Unlimited
- Others
- Bitcoin Cash
- Media
- Mining
- Mining support
- Pools
- Mining hardware
- Mining software
- Technical Support
- Project Development
- In the news
- Economy
- Economics
- Marketplace
- Items For Sale (digital)
- Items for Sale (physical)
- Items Wanted
- Lending
- Job Offers
- Resumes
- Services
- Trading Discussion
- Telegram Groups & Pumps sub-forum
- Speculation
- Micro Earnings
- Prediction Markets
- Scam accusations
- Other
- Altcoins / Alternative Cryptocurrencies
- Blackcoin

- Dash
- Dogecoin
- Ethereum
- Litecoin
- Monero
- NXT
- Peercoin
- REcoin
- Ripple
- Vcash
- VCoin
- Zcash / ZEC (Different from Zcoin)
- Zcoin / XZC (Different from Zcash)
- Beginners & Help
- Crypto-Anarchy/Cypherpunks
  - Philosophy
  - Readings
  - Agorism
  - Cryptography & Privacy Tools
  - Free Markets
- The Forum
  - Forum Support
  - The Suggestion Box
  - Wiki Discussions
- Gambling
- Off-Topic
- Politics & Society
- Referral Links
- World
  - Arabic
  - Australia
  - български (Bulgarian)
  - Bahasa Indonesia
    - Mining
    - Altcoins
  - 中文
  - Croatian
  - Danske
  - Deutsch
    - Presse
  - Español
  - Ελληνικά (Greek)
    - Αγορά
    - Mining
  - Farsi / Persian
  - Français
  - Italiano
  - India
  - Japanese 日本語
    - ビデオとポッドキャスト
  - Korean 한국어
  - Lithuanian (lietuviu)
  - Malay / Bahasa Melayu
  - Nederlands
  - Norsk
  - Philippines
  - Polskie
  - Português
  - Русский
  - Romanian
  - South Africa
  - Svenska
  - Suomi
  - Türkçe
  - Tiếng Việt (Vietnamese)

Start here | News | Forum | Games   WBF London   PSA   BTC/USD $3702.10 ▲   BCH/USD $435.82 ▼   menu

## Who is online

Users browsing this forum: No registered users and 1 guest

- The Bitcoin Forum Index
- All times are UTC+02:00
- Delete all board cookies
- The team
- Contact us

**about bitcoin.com**

Bitcoin.com is just one domain name used to promote Bitcoin. Bitcoin.com is not an official website. Just like nobody owns the email technology, nobody owns the Bitcoin network.

As such, nobody can speak with authority in the name of Bitcoin.

**You Must Know**

Start here | News | Forum | Games

WBF London   PSA

BTC/USD
$3702.10 ▲

BCH/USD
$435.82 ▼

menu

- Our Rules
- Frequently Asked Questions

**Social Links**

You can find us here:

- 
- 
-