# My fellow REcoin investors, real estate professionals and cryptocurrency enthusiasts!



**THE FIRST EVER CRYPTOCURRENCY, BACKED BY REAL ESTATE**

For the last year, we've strived to tune the communications channels between the REcoin team and you, our investors and partners, in such a way that would create unbridled levels of openness in information exchanges to help you get genuinely excited about the REcoin project. I'm proud to say that it's worked out very well so far and I hope we'll manage to keep the atmosphere of trust that's been well established within our community clear of any conjectures.





On August 7, REcoin went live raising over $1.5 million in direct REcoin token purchases during the first three days of the presale. The trust in our project became so vast that another $2.3 million in expected earnings were generated as a result of the REcoin pre-sale success.

Unfortunately, at that point the US government did what it does best - interfered. In no uncertain terms, it let us know that we're not allowed to take steps to maintain the level of liquidity of our real estate holdings to keep your investments safe and secure, and our community truly decentralized and rid of any outside influence.

However, the good news, my fellow REcoin holders and investors, is that we're not going to let your tremendous faith in our collective project, its strategic goals, and tactical objectives go to waste. We all want to make the world a better, safer, freer place where we don't have to rely on the quirks of The Man to advance our ideas for the benefit of the entire planet.

With that in mind, I'm proud to announce the creation of the exclusive Diamond Reserve Club with tokenized membership for current REcoin owners. After all, the diamonds are forever, especially stored in secure locations in the United States and fully insured for their full value. This way they are truly not susceptible to any government manipulations.

Diamonds have high aesthetic value and are relatively easy to transport. Diamonds are actually the most concentrated way to store wealth. A high quality diamond with a mass of 2-3 grams can have the same value as 100 kilograms of gold.



DIAMOND RESERVE CLUB

> Diamonds are quite scarce and natural colored diamonds are the scarcest among diamonds. Out of more than 120 million carats that are mined every year, only less than a quarter of them will be of gem quality. Out of gem quality diamonds, only one in a few hundreds of thousands possesses enough color to be classified as a natural fancy color diamond.
>
> The Diamond Reserve Club members will be able to exchange their tokens for physical diamonds on the Club's platform in real time and hassle free.

The Club members remain entitled to all the opportunities and benefits they were promised at the time of joining the REcoin community. All the referral programs remain in place (and we've lifted the condition of having a real estate broker license to be able to take advantage of them), you're now going to be able to use smart contracts not only in real estate but in every facet of commerce, in which the Club is going to be engaged. All the bulletproof technological aspects of the token, the hedging, the mining, the sidechain policies, the partner programs and charitable activities - as the "Led Zeppelin" would put it, "The Song Remains The Same".

Naturally, everyone of our investors is entitled to a full refund, should they wish to claim it. Your funds are safe and secure, and are available for withdrawal at any moment, no questions asked. But we do encourage you to stay with the project and watch your tokens, so to speak, turn into diamonds.

Find Out More

All of your REcoin holdings will be seamlessly converted into Diamond Reserve Coin (DRC) at the rates favorable to you, my fellow REcoin investors! As our early supporters who gave the vote of confidence to a barely feathered startup, saw true value in REcoin and purchased first tokens as soon as the pre-sale started, **at the time of conversion of your REcoin into DRC you get our undying gratitude along with 10% bonus in DRC.** Just as is REcoin, DRC is powered by blockchain technology, offering a superior alternative to storing

value in fiat currencies and we really wish to see you continue to take full advantage of this amazing technology.

As a REcoin holder, you are automatically entitled to the multi-level membership in the Diamond Reserve Club, meaning, the more tokens you own, the greater your access to the membership benefits is going to become.

For instance, a certain amount of tokens will make you eligible for the exclusive right of full access to the Club's most valuable partnering platform - the 101Lego creative communications holding with all of its know-how available to you on all of the holding's 18 (eighteen) platforms. You get to draw from the well of wisdom end experience of the 101Lego's stellar staff of professionals, its extensive client list is at your disposal, its affiliate partners are waiting for your call, and its database is ready for your business.



In October 2017 we are initiating 101CoWork and 101CoLiving platforms for retaining/proffering real estate services and finding cohabitation accommodations around the world, respectively.

