Diamond Reserve Club - The Business Club with multilevel membership and unique benefits

Case 1:17-cv-05725-RJD-RER   Document 1-30   Filed 09/29/17   Page 1 of 2 PageID #: 337

Case 1:17-cv-05725-RJD-RER Document 1-30 Filed 09/29/17 Page 2 of 2 PageID #: 338

## AFFILIATE PROGRAM

Now you have: **0** referals

https://drc.world/en/referral/035297afe38bc9

Every DRC Member can participate in our **Affiliate program.** All you need to do is register in the club portal and generate your affiliate link. Then share this link in your blog, social media and forums. For every purchase of DRC through your link, you will receive 6% commission in DRC to your wallet. Payments will be made on the 1st of the month one month after the transaction is made. This is done to discourage fraudulent purchases to collect commissions from DRC.

## ACTIVATE YOUR TOKENS:

ACTIVATE

Enter valid purchase code

# JOIN A CLUB

**purchase amount:**

20 DRC

- +

BUY DRC



