| | |
|---|---|
| From: | Max from DRC ███████████████ on behalf of Max from DRC ███████ |
| Sent: | Thursday, September 21, 2017 10:53 AM |
| To: | Tenreiro, Jorge |
| Subject: | How to Obtain DRC |

# Thank you for registering with the DRC!

> To become a full member and get all the privileges of the club one must become a DRC token holder. Here are some



There are several easy ways to buy DRCs

- Amazon Pay
- Credit/Debit card
- Cryptocurrency (ETH, BTC, ETC, LTC, XRP etc.)

Use any method convenient for you.

BUY NOW

As for the growth in the value of your DRC tokens, we forecast a minimum growth of 10% to 15% per year. Please note that this is the minimum forecast. Judging by the number of applications we receive daily, these numbers are not the limit. We are just saying "Do not miss the moment!"

