

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

JORGE G. TENREIRO
TELEPHONE: (212) 336-9145
EMAIL: TENREIROJ@SEC.GOV

October 4, 2017

**VIA ECF and UPS Overnight**

Hon. Raymond J. Dearie
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    SEC v. REcoin Group Foundation, LLC, et al.;
               No. 17 Civ. 5725 (RJD)

Dear Judge Dearie:

       We represent the Plaintiff, Securities and Exchange Commission (the "Commission"), in the above-referenced matter. Pursuant to Section II.B of this Court's Individual Practices, we write to enclose a proposed joint stipulation between the Commission and Defendants REcoin Group Foundation, LLC, DRC World, Inc. a/k/a Diamond Reserve Club, and Maksim Zaslavskiy with respect to the currently scheduled deadlines and hearing set forth in the Order to Show Cause, Temporary Restraining Order, and Order Freezing Assets and Granting Other Relief ("OSC") issued by (DE # 3). As provided in the enclosed Stipulation and Proposed Order, the Commission and Defendants, through their attorneys, have agreed to, _inter alia_, adjourn the hearing scheduled for October 5, 2017, and postpone the date thereof, as well as the date of other deadlines set forth in the OSC. This is the parties' first request for such an adjournment.

                                   Respectfully submitted,

                                     Jorge G. Tenreiro

Enclosures

cc (via email w/encls.):
       Richard Levin, Esq.
       William Mateja, Esq.
       (Counsel to Defendant Zaslavskiy)