POLSINELLI PC
Jason A. Nagi
600 Third Avenue, 42nd Floor
New York, New York 10016
(212) 684-0199
Fax No. (212) 684-0197
jnagi@polsinelli.com

*Attorney for Defendants Recoin Group Foundation, LLC,*
*DRC World Inc. a/k/a Diamond Reserve Club, and Maksim Zaslavskiy*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>          v.<br><br>RECOIN GROUP FOUNDATION, LLC, DRC WORLD INC. A/K/A DIAMOND RESERVE CLUB, and MAKSIM ZASLAVSKIY,<br><br>                    Defendants. | Civil Action No.17-cv-05725-RJD-RER |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jason E. Nagi of Polsinelli PC hereby enters his appearance on behalf of Defendants RECOIN GROUP FOUNDATION, LLC, DRC WORLD INC. A/K/A DIAMOND RESERVE CLUB, and MAKSIM ZASLAVSKIY, and requests that all notices given and all papers served in the above-captioned case be given and served upon:

Jason A. Nagi
Polsinelli PC
600 Third Avenue, 42nd Floor
New York, New York 10016
(212) 684-0199
Fax No. (212) 684-0197
jnagi@polsinelli.com

Dated:  New York, New York
       October 6, 2017

POLSINELLI PC

By:  */s/  Jason A. Nagi*
      Jason A. Nagi
      600 Third Avenue, 42nd Floor
      New York, New York 10016
      (212) 684-0199
      Fax No. (212) 684-0197
      jnagi@polsinelli.com

ATTORNEYS FOR DEFENDANTS
RECOIN GROUP FOUNDATION, LLC,
DRC WORLD INC. A/K/A DIAMOND RESERVE
CLUB, and MAKSIM ZASLAVSKIY

**CERTIFICATE OF SERVICE**

I, Jason A. Nagi, hereby certify that on the 6th day of October, 2017, a true and correct

copy of the foregoing *Notice of Appearance* was filed electronically with the Clerk of the court

using the CM/ECF system, which sent notice of such filing to:

Andrew M. Calamari
Jorge G Tenreiro
Valerie Ann Szczepanik
Securities and Exchange Commission
New York Regional Office
200 Vesey Street, Room 400
New York, NY 10281
calamaria@sec.gov
tenreiroj@sec.gov
szczepanikv@sec.gov

*Attorneys for Plaintiffs*

                                */s/ Jason A. Nagi*

2