UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION V. RECOIN GROUP, ET AL.

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE
1:17-CV-05725

-------------------------------------------------------------X

TO:  Opposing Counsel
     JORGE G. TENREIRO

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of **POLSINELLI PC** and a member in good standing of the bar(s) of the State(s) of **TEXAS**, as attorney pro hac vice to argue or try this case in whole or in part as counsel for ~~Plaintiff~~/Defendant RECOIN GROUP FOUNDATION, RC WORLD INC. AND MAKSIM ZASLAVSKIY. There are no pending disciplinary proceedings against me in any State or Federal court. (If there are any disciplinary proceedings, describe them.)

Respectfully submitted,

Dated: 10/10/2017

*[signature]*

Signature of Movant William B. Mateja
Firm Name POLSINELLI PC
Address 2950 N. HARWOOD ST., SUITE 2100
DALLAS, TEXAS 75201
Email mateja@polsinelli.com
Phone (214) 397-0030