UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

SECURITIES AND EXCHANGE COMMISSION,

              Plaintiff,

v.

RECOIN GROUP FOUNDATION, LLC, DRC WORLD INC. A/K/A DIAMOND RESERVE CLUB, and MAKSIM ZASLAVSKIY.

              Defendants.

-------------------------------------------------------------- X

AFFIDAVIT OF WILLIAM B. MATEJA IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*
1:17-CV-05725-RJD-RER

**WILLIAM B. MATEJA**, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of **POLSINELLI PC**.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the State of **TEXAS**.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I **have not** been convicted of a felony.

6. I **have not** been censured, suspended, disbarred or denied admission or readmission by any court.

7.  Wherefore your affiant respectfully submits the **he** be permitted to appear as counsel and advocate *pro hac vice* in this one case for Defendants **RECOIN GROUP FOUNDATION, LLC, DRC WORLD INC. A/K/A DIAMOND RESERVE CLUB, and MAKSIM ZASLAVSKIY**.

Dated: October 10, 2017

*/s/ William B. Mateja*
Signature of Movant, WILLIAM B. MATEJA
POLSINELLI PC
2950 N. Harwood St., Suite 2100
Dallas, Texas 75201
mateja@polsinelli.com
(214) 397-0030