UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------- X

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* |
| Plaintiff, | 1:17-CV-05725-RJD-RER |
| v. | |
| RECOIN GROUP FOUNDATION, LLC, DRC WORLD INC. A/K/A DIAMOND RESERVE CLUB, and MAKSIM ZASLAVSKIY. | |
| Defendants. | |

-------------------------------------------------------- X

TO:   Opposing Counsel
    <u>JORGE G. TENREIRO</u>
    _____

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of POLSINELLI PC and a member in good standing of the bar(s) of the State(s) Colorado, and the District of Columbia, as attorney pro hac vice to argue or try this case in whole or in part as counsel for Defendant Recoin Group Foundation, DRC World Inc. and Maksim Zaslavskly. There are no pending disciplinary proceedings against me in any State or Federal court. (If there are any disciplinary proceedings, describe them.)

Respectfully submitted,

Dated:    October 13, 2017

Signature of Movant, RICHARD B. LEVIN
POLSINELLI PC
1401 Lawrence Street, Suite 2300
Denver, Colorado 80202
rlevin@polsinelli.com
(303) 572-9300

2