UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------- X

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | AFFIDAVIT OF RICHARD B. LEVIN IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* |
| Plaintiff, | 1:17-CV-05725-RJD-RER |
| v. | |
| RECOIN GROUP FOUNDATION, LLC, DRC WORLD INC. A/K/A DIAMOND RESERVE CLUB, and MAKSIM ZASLAVSKIY. | |
| Defendants. | |

------------------------------------------------------- X

**RICHARD B. LEVIN**, being duly sworn, hereby deposes and says as follows:

1. I am a shareholder with the law firm of **POLSINELLI PC**.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto I am a member in good standing of the Bar of the State of **COLORADO** and the **Bar of the District of Columbia**.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I **have not** been convicted of a felony.

6. I **have not** been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore your affiant respectfully submits **he** be permitted to appear as counsel and advocate *pro hac vice* in this one case for Defendants **RECOIN GROUP FOUNDATION, LLC, DRC WORLD INC. A/K/A DIAMOND RESERVE CLUB, and MAKSIM ZASLAVSKIY**.

Dated:   October 13, 2017

_____
Signature of Movant, RICHARD B. LEVIN
POLSINELLI PC
1401 Lawrence Street, Suite 2300
Denver, Colorado 80202
rlevin@polsinelli.com
(303) 572-9300