

# Supreme Court
## State of Colorado,

STATE OF COLORADO, ss:

I, **Christopher T. Ryan** Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**RICHARD B LEVIN**

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **17th** day of **December** A. D. **1996** and that at the date hereof the said **RICHARD B LEVIN**

is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **13th** day of **October** A. D. **2017**

*Cheryl Stevens*
Clerk

By _____
Deputy Clerk