

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

VALERIE A. SZCZEPANIK
TELEPHONE: (212) 336-0175
EMAIL: SZCZEPANIKV@SEC.GOV

November 8, 2017

**VIA ECF and UPS Overnight**

Hon. Raymond J. Dearie
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    SEC v. REcoin Group Foundation, LLC, et al.;
             No. 17 Civ. 5725 (RJD)

Dear Judge Dearie:

       We represent the Plaintiff, Securities and Exchange Commission (the "Commission"), in the above-referenced matter. Enclosed please find courtesy copies of a Proposed Order Granting Preliminary Injunction, Asset Freeze and Other Interim Relief for the Court's consideration, with a Schedule A that lists Defendants' bank and other accounts in redacted form, and a Schedule B that lists two bank accounts with respect to which the parties have agreed the freeze order should be lifted. Defendants, through counsel, have consented to the filing of this Proposed Order. We separately enclose un-redacted versions of Schedules A and B for the Court. Entry of the Proposed Order will obviate the need for the hearing currently scheduled for December 8, 2017 in this matter.

       If the Proposed Order is acceptable to the Court, we respectfully request that the Court so order and file the Order.

                                   Respectfully submitted,

                                     Valerie A. Szczepanik

Enclosures

cc (via email w/encls.):
       Richard Levin, Esq.
       (Counsel to Defendants)