**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ NOV 13 2017 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,          :

                                    Plaintiff,          :          17 Civ. 5725 (RJD)

          - against -          :          ECF Case

RECOIN GROUP FOUNDATION, LLC, DRC          :
WORLD INC. a/k/a DIAMOND RESERVE CLUB,          :
and MAKSIM ZASLAVSKIY,          :

                                    Defendants.          :

----------------------------------------------------------------x

## [~~PROPOSED~~] AGREED ORDER GRANTING PRELIMINARY INJUNCTION, ASSET FREEZE AND OTHER INTERIM RELIEF

Plaintiff Securities and Exchange Commission (the "Commission") having filed a

Complaint and an *Ex Parte* Emergency Application for an Order to Show Cause, Temporary

Restraining Order, and Order Freezing Assets and Granting Other Relief on September 29, 2017

(the "Order to Show Cause") against Defendant Maksim Zaslavskiy ("Zaslavskiy"), REcoin

Group Foundation, LLC ("REcoin"), and DRC World, Inc. a/k/a Diamond Reserve Club

("Diamond") (collectively, "Defendants"), and the Court, on September 29, 2017, having entered

the Order to Show Cause, and having "so ordered" the Stipulation, dated October 4, 2017, setting

the hearing for December 8, 2017, to allow Defendants an opportunity to show cause why a

Preliminary Injunction Order should not be entered; and Defendants each having (1) entered a

general appearance; (2) consented to the Court's jurisdiction over Defendants and the subject

matter of this action; (3) agreed to the entry of this Order Granting Preliminary Injunction, Asset

Freeze, and Other Interim Relief (the "Preliminary Injunction Order"), subject to Defendants'

right to apply to the Court for relief from or modification to the Asset Freeze on five (5) days'

notice to the Commission and subject to the lifting of the Asset Freeze as to the accounts listed in Schedule B to this Preliminary Injunction Order.

**NOW, THEREFORE,**

**I.**

**IT IS HEREBY ORDERED** that the Commission's Motion for a Preliminary Injunction is GRANTED and the hearing scheduled for December 8, 2017, is adjourned.

**II.**

**IT IS FURTHER ORDERED** that, pending a final disposition of this action, Defendants and each of their officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise, are preliminary enjoined and restrained from, directly or indirectly, singly or in concert, in the offer or sale of any security, by using of any means or instruments of interstate commerce or by use of the mails, or of any facility of any national security exchange:

    (a) employing devices, schemes, or artifices to defraud;

    (b) making any untrue statements of a material fact or omit to state a material fact necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; and/or

    (c) engaging in acts, practices, and courses of business which operate or would operate as a fraud or deceit upon any person,

in violation of Section 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5 thereunder;

2

### III.

**IT IS FURTHER ORDERED** that, pending a final disposition of this action, Defendants and each of their officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise, are preliminary enjoined and restrained from, directly or indirectly, singly or in concert, in the offer or sale of any security, by using of any means or instruments of transportation or communication in interstate commerce or by use of the mails:

> (d) employing devices, schemes, or artifices to defraud;
>
> (e) obtaining money or property by means of an untrue statement of material fact or omitting to state a material fact necessary to make the statements made, in light of the circumstances under which they were made, not misleading; and/or
>
> (f) engaging in any transaction, practice, or course of business which operates or would operate as a fraud or deceit upon the purchaser,

in violation of Section 17(a) of the Securities Act of 1933 (the "Securities Act").

### IV.

**IT IS FURTHER ORDERED** that, pending a final disposition of this action, Defendants and each of their officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise, are preliminary enjoined and restrained from engaging in the offering of unregistered securities or violating Sections 5(a) and 5(c) of the Securities Act, by:

> (a) without a registration statement in effect as to that security, making use of the means and instruments of transportation or communications in interstate commerce and of the mails to sell securities through the use of means of a prospectus; and/or

(b) making use of the means and instruments of transportation or communication in interstate commerce and of the mails to offer to sell through the use of a prospectus, securities as to which no registration statement has been filed.

## V.

**IT IS FURTHER ORDERED** that, pending a final disposition of this action, Defendants and each of their financial and brokerage institutions, officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise, and each of them, shall hold and retain within their control, and otherwise prevent any withdrawal, transfer, pledge, encumbrance, assignment, dissipation, concealment or other disposal (including the use of any credit cards or any other incurring of debt) of any assets, funds, or other property (including money, real or personal property, securities, commodities, choses in action or other property of any kind whatsoever, in whatever form such assets may presently exist and wherever located) of, held by, or under the control of Defendants, whether held in their name or for their direct or indirect beneficial interest, and directing each of the financial or brokerage institutions, debtors and bailees, or any other person or entity holding such assets, funds or other property of Defendants to hold or retain within its or his control and prohibit the withdrawal, removal, transfer or other disposal of any such assets, funds or other properties, including without limitation all assets, funds, or other properties held in Defendants' name, held by Defendants, or under Defendants' control, including but not limited to the accounts listed on Schedule A, and any accounts in the names of any of the aforementioned Defendants or entities at Bank of America, NA ("BOA"), Wells Fargo Bank, N.A., Banco Popular of Puerto Rico, Barclays Bank, Capital One Bank, or any online payment processing including any accounts in the names of any

of the Defendants held at PayPal, Amazon, Coinpayments, Strip, or Google Payment Corporation, provided, however, that the temporary asset freeze entered by this Court on September 29, 2017 with respect to the accounts listed on Schedule B shall be deemed and is hereby lifted.

## VI.

**IT IS FURTHER ORDERED** that, pending a final disposition of this action, Defendants and each of their officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise, and each of them, are preliminarily enjoined and restrained from soliciting, accepting, receiving, or reimbursing any investor funds, whether from new or existing investors.

## VII.

**IT IS FURTHER ORDERED** that, pending a final disposition of this action, Defendants and each of their officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise, and each of them, are preliminary enjoined and restrained, from destroying, altering, or concealing all documents, books, and records that are in the possession, custody, or control of Defendants, their respective agents, servants, employees, and attorneys, and those persons in active concert or participation with them, including documents that concern the allegations in the Complaint or Defendants' assets or finances

## VIII.

**IT IS FURTHER ORDERED** that this Order shall be, and is, binding upon each of the Defendants and each of their respective officers, agents, servants, employees, and attorneys, and

those persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise.

s/ RJD

UNITED STATES DISTRICT JUDGE

Schedule A

| BROKERAGE FIRM OR FINANCIAL INSTITUTION | ACCOUNT NUMBERS OR IDENTIFICATION (Last 4 Digits) |
|---|---|
| Wells Fargo | |
| Banco Popular of Puerto Rico | |
| Capital One Bank | |
| First Republic Bank | |
| Bank of America | |
| Barclays Bank | |
| Coinpayment | |
| PayPal | |
| Stripe | |
| Amazon | |
| Google Payment Corporation | |

7

Schedule B

| FINANCIAL INSTITUTION | ACCOUNT NUMBER (Last 4 Digits) |
|---|---|
| Bank of America | |
| Bank of America | |