

600 Third Avenue, 42nd Floor, New York, NY 10016 • (212) 684-0199

November 24, 2017

Jason A. Nagi
(212) 644-2092
jnagi@polsinelli.com

**Via ECF**

Hon. Raymond J. Dearie
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11202

> Re:    **SEC v. REcoin Group Foundation, LLC, et al., No. 17-cv-5725 (RJD) (RER)**

Dear Judge Dearie:

I am counsel to Defendants RECoin Group Foundation, LLC ("**Recoin**"), DRC World, Inc. a/k/a Diamond Reserve Club ("**Diamond**"), and Maksim Zaslavskiy ("**Zaslavskiy,**" with Recoin and Diamond, collectively, "**Defendants**") in the above referenced matter brought by Plaintiff Securities and Exchange Commission ("**SEC**").  On November 13, 2017, the court entered into an Agreed Order Granting Preliminarily Injunction, Asset Freeze and Other Interim Relief (the "**Order**"). Section V of the Order lifted the temporary asset freeze with respect to certain accounts maintained by Bank of America and identified on Schedule B therein. Defendants request that the Court provide—to Defendants only—an un-redacted version of Schedule B along with the Order lifting the asset freeze. This un-redacted version of Schedule B is required in order for the bank remove the freeze it placed on the two accounts.

Sincerely,

*/s/ Jason A. Nagi*

Jason A. Nagi

JAN:rww

cc:    Valerie Szczeepanik, Esq.
       Jorge Tenreiro, Esq,
       (counsel for the SEC)

61157951.2