

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

JORGE G. TENREIRO
TELEPHONE: (212) 336-9145
EMAIL: TENREIROJ@SEC.GOV

November 29, 2017

**VIA ECF and UPS Overnight**

Hon. Raymond J. Dearie
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    SEC v. REcoin Group Foundation, LLC, et al.;
               No. 17 Civ. 5725 (RJD)

Dear Judge Dearie:

      We represent the Plaintiff, Securities and Exchange Commission (the "Commission"), in the above-referenced matter. We write in response to the Court's Scheduling Order, dated November 27, 2017.

      The Commission does not oppose Defendants' motion (DE 12) to receive an un-redacted copy of the order entering a preliminary injunction in this matter as entered by the Court on November 13, 2017 (DE 11), including an un-redacted version of Attachment A to that order.

                                                          Respectfully ~~submitted~~,

                                                          Jorge G. Tenreiro

cc (via email):
      Richard Levin, Esq.
      (Counsel to Defendants)