UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JAN 22 2018 ★
BROOKLYN OFFICE

- - - - - - - - - - - - - - - - X

SECURITIES AND EXCHANGE
COMMISSION,

              Plaintiff,          17 Civ. 5725 (RJD)

- against -

RECOIN GROUP FOUNDATION, LLC, DRC
WORLD INC. a/k/a DIAMOND RESERVE
CLUB, and MAKSIM ZASLAVSKIY,

              Defendants.

- - - - - - - - - - - - - - - - X

## [PROPOSED] ORDER

Upon the application of the United States Attorney RICHARD P. DONOGHUE by Assistant United States Attorney Julia Nestor for an order requesting leave to file a reply in the above-captioned case past the deadline provided for in Local Civil Rule 6.1(b) of the United States District Courts for the Southern and Eastern Districts of New York, the Court finds that such a reply is properly filed.

IT IS THEREFORE ORDERED that the government's letter motion to file its reply is granted.

Dated: January 19, 2018
       Brooklyn, New York

                              s/ RJD
                              THE HONORABLE RAYMOND J. DEARIE
                              UNITED STATES DISTRICT JUDGE
                              EASTERN DISTRICT OF NEW YORK