

# POLSINELLI

600 Third Avenue, 42nd Floor, New York, NY 10016 • (212) 684-0199

May 10, 2018

Via ECF

Hon. Raymond J. Dearie
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAY 14 2018 ★

BROOKLYN OFFICE

Jason A. Nagi
(212) 644-2092
jnagi@polsinelli.com

Mr. Mateja relieved
So ordered
s/ RJD
5/14/18

Re: *SEC v. ReCoin Group Foundation, LLC, et al.*, No. 17-cv-5725 (RJD)

Dear Judge Dearie:

I represent Defendants ReCoin Group Foundation, LLC, DRC World, Inc. a/k/a Diamond Reserve Club, and Maksim Zaslavskiy (collectively, "**Defendants**") in the above referenced matter brought by Plaintiff Securities and Exchange Commission.

Please be advised that William B. Mateja, Esq. has moved his practice to another firm and will no longer be working on the above referenced case. As a result, Mr. Mateja has asked us to contact the court and request that he be removed as counsel for the defendants. Defendants have been consulted and consent to Mr. Mateja's withdrawal as counsel.

Both myself and Richard Levin will remain as counsel of record for Defendants.

Respectfully submitted,

*/s/ Jason A. Nagi*

Jason A. Nagi

JAN:jmd

cc: Valerie Szczepanik
(Counsel for the SEC)

63256851.2